Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW ENVIRONMENTAL LAW CLINIC
434 Law Building, UC Berkeley Law
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF THE NAVY, a military department and agency of the United States; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States government agency,<br>Defendants. | Civil No. 3:24-cv-03899-VC<br><br>**PROOF OF SERVICE OF SUMMONS AND INITIAL FILING DOCUMENTS** |

I, Toyer Grear, declare as follows:

I am a resident of the State of California, and employed in Oakland, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 1939 Harrison Street, Suite 150 Oakland, CA 94612. Pursuant to Federal Rule of Civil Procedure 4(i), I served a copy

of the following documents on July 16, 2024:

1)    2024.07.16 Issued Summons – US Dept of Navy

2)    2024.07.16 Issued Summons – USEPA

3)    2024.07.01 Reassignment Case – Notice of Hearing Date

4)    2024.07.01 Order Setting Initial Case Management Conference and ADR Deadlines

5)    2024.07.01 Notice of Eligibility for Video Recording

6)    2024.07.01 Order Reassigning Case

7)    2024.06.28 Civil Case Cover Sheet – Endorsed

8)    2024.06.28 Complaint – Endorsed

9)    2024.06.28 Complaint Exhibit 1 – Endorsed

10)    2024.06.28 – CB Order of Recusal

11)    2024.06.28 Assignment to C. Breyer

12)    VC-Civil Standing – Order 2023-06-31

13)    Standing Order All Judges 11-30-2023

by mailing the above-listed documents by U.S. Certified Mail, Return Receipt Requested, to the addresses and recipients set forth below. The executed Return receipts are attached hereto.

**United States Attorney for the Northern District of California**

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue San Francisco, CA 94102

**Attorney General of the United States**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**United States Department of the Navy**

General Counsel of the Navy
Naval Litigation Office
720 Kennon St., SE, Bldg 36, Room 233
Washington Navy Yard, DC 20374-5013

**United States Environmental Protection Agency**

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct, and that this declaration was executed August 21, 2024 at
3  Oakland, California.

_____
Toyer Grear