# ATTACHMENT

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,...

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9402711206204282459660

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:23 am on July 22, 2024 in NAVAL ANACOST ANNEX, DC 20373.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NAVAL ANACOST ANNEX, DC 20373
July 22, 2024, 8:23 am

### Redelivery Scheduled for Next Business Day
NAVAL ANACOST ANNEX, DC 20373
July 21, 2024, 9:19 am

### Arrived at Hub
WASHINGTON, DC 20018
July 21, 2024, 8:37 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
July 21, 2024, 7:13 am

### Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER



Feedback

July 21, 2024, 7:04 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 21, 2024, 6:41 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 21, 2024, 6:29 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
July 21, 2024, 12:07 am

**In Transit to Next Facility**
July 20, 2024

**Arrived at USPS Regional Facility**
JERSEY CITY NJ DISTRIBUTION CENTER
July 19, 2024, 7:48 pm

**Arrived at USPS Regional Origin Facility**
OAKLAND CA DISTRIBUTION CENTER
July 16, 2024, 7:54 pm

**Accepted at USPS Origin Facility**
OAKLAND, CA 94612
July 16, 2024, 6:39 pm

**Shipping Label Created, USPS Awaiting Item**
OAKLAND, CA 94612
July 16, 2024, 4:57 pm

**Hide Tracking History**



Return receipt card addressed to: UNITED STATES DEPARTMENT OF THE NAVY, General Counsel of the Navy, NAVAL LITIGATION OFFICE, 720 KENNON ST SE RM 233 BL, WASHINGTON NA DC 20374-5013. Article Number: 9490 9112 0620 4282 4596 21. Certified Mail®. Signature: R. Witcher. Date of Delivery: 7/30/24. Stamped JUL 22 2024.

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,...

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9402711206204282450902

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 7:02 am on July 22, 2024 in WASHINGTON, DC 20460.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20460
July 22, 2024, 7:02 am

### Rescheduled to Next Delivery Day
20025
July 22, 2024, 7:01 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20460
July 21, 2024, 9:57 am

### Arrived at Hub
WASHINGTON, DC 20018
July 21, 2024, 9:27 am

### In Transit to Next Facility
July 20, 2024



Certified Mail Receipt - U.S. Postal Service
OUTBOUND TRACKING NUMBER: 9402 7112 0620 4282 4509 02
RETURN RECEIPT TRACKING NUMBER: 9490 9112 0620 4282 4509 94
ARTICLE ADDRESSED TO:
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVE NW
WASHINGTON DC 20460-0001
FEES
Postage per piece: $7.290
Certified Fee: $4.850
Return Receipt Fee: $4.10
Total Postage & Fees:
Postmark Here: USPS PITTSBURG CA 94565 JUL 16 2024 BAY POINT BRANCH

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
July 19, 2024, 7:49 pm

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER
July 16, 2024, 7:54 pm

**Accepted at USPS Origin Facility**

OAKLAND, CA 94612
July 16, 2024, 6:39 pm

**Shipping Label Created, USPS Awaiting Item**

OAKLAND, CA 94612
July 16, 2024, 4:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,…

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9402711206204282425269

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:56 am on July 22, 2024 in WASHINGTON, DC 20530.



**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
July 22, 2024, 4:56 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
July 21, 2024, 10:38 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
July 21, 2024, 10:36 am

### Arrived at Hub
WASHINGTON, DC 20018
July 21, 2024, 9:53 am

### In Transit to Next Facility
July 20, 2024

### Arrived at USPS Regional Facility

JERSEY CITY NJ DISTRIBUTION CENTER
July 19, 2024, 7:49 pm

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER
July 16, 2024, 7:55 pm

**Accepted at USPS Origin Facility**

OAKLAND, CA 94612
July 16, 2024, 6:40 pm

**Shipping Label Created, USPS Awaiting Item**

OAKLAND, CA 94612
July 16, 2024, 4:55 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9402711206204282422183

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:38 am on July 17, 2024 in SAN FRANCISCO, CA 94102.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
July 17, 2024, 9:38 am

### Arrived at USPS Facility

SAN FRANCISCO, CA 94124
July 17, 2024, 3:25 am

### Departed USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
July 17, 2024, 3:14 am

### Arrived at USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
July 17, 2024, 12:06 am

### Accepted at USPS Origin Facility

OAKLAND, CA 94612



Certified Mail Receipt — U.S. Postal Service

OUTBOUND TRACKING NUMBER: 9402 7112 0620 4282 4221 83
RETURN RECEIPT TRACKING NUMBER: 9490 9112 0620 4282 4221 37

ARTICLE ADDRESSED TO:
CIVIL PROCESS CLERK
United States Attorney's Office for the
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AV
SAN FRANCISCO CA 94102-3661

FEES
Postage per piece: $7.290
Certified Fee: $4.850
Return Receipt Fee: $4.10
Total Postage & Fees: $17.130

Postmark: USPS PITTSBURG CA 94565, JUL 16 2024, BAY POINT BRANCH

Handwritten: "Hunters point SVC"

July 16, 2024, 10:51 pm

**Shipping Label Created, USPS Awaiting Item**
OAKLAND, CA 94612
July 16, 2024, 4:55 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

 Gmail

Toyer Grear <toyer@lozeaudrury.com>

## Fwd: Hunters Point - Service
1 message

**Michael Lozeau** <michael@lozeaudrury.com>
To: Toyer Grear <toyer@lozeaudrury.com>

Thu, Aug 1, 2024 at 11:40 AM

---------- Forwarded message ----------
From: **Michael Lozeau** <michael@lozeaudrury.com>
Date: Tue, Jul 16, 2024 at 12:27 PM
Subject: Hunters Point - Service
To: Steven Castleman <scastleman@clinical.law.berkeley.edu>

Hi Steve,

We have put together the attached service packet and will be sending out service today via certified mail to the US Attorney, Attorney General, EPA and the Navy. The relevant service addresses are below:

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue San Francisco, CA 94102

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

General Counsel of the Navy
Naval Litigation Office
720 Kennon St., SE, Bldg 36, Room 233
Washington Navy Yard, DC 20374-5013

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

POS
Berkeley

Mike

--
Michael R. Lozeau
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, California 94612
(510) 836-4200
(510) 836-4205 (fax)
michael@lozeaudrury.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail Michael@lozeaudrury.com, and delete the message.

--
Michael R. Lozeau
Lozeau Drury LLP
1939 Harrison Street, Suite 150
Oakland, California 94612
(510) 836-4200
(510) 836-4205 (fax)
michael@lozeaudrury.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail Michael@lozeaudrury.com, and delete the message.

**13 attachments**

- Standing_Order_All_Judges-11-30-2023.pdf
  87K
- 2024.07.16 Issued Summons - US Dept of Navy.pdf
  542K
- 2024.07.16 Issued Summons - USEPA.pdf
  542K
- VC-Civil-Standing-Order-2023-06-01.pdf
  276K
- 2024.06.28 - CB Order of Recusal - 3.pdf
  100K
- 2024.07.01 Reassigned Case - Notice of New Hearing Date - Activity in Case 3_24-cv-03899-VC Greenaction for Health and Environmental Justice v. United States Department of the Navy et al - 6.pdf

10.72 x 3

105K

📄 **2024.07.01 Order Setting Initial Case Management Conference and ADR Deadlines - CB - 4.pdf**
94K

📄 **2024.06.28 - Assignment to C. Breyer- Activity in Case 3_24-cv-03899-CRB Greenaction for Health and Environmental Justice v. United States Department of the Navy et al Case Assigned by Intake - 2.pdf**
94K

📄 **2024.07.01 Notice of Eligibility for Video Recording 5-1.pdf**
206K

📄 **2024.07.01 Order Reassigning Case - 5.pdf**
27K

📄 **2024.06.28 Civil Cover Sheet - Endorsed.pdf**
1998K

📄 **2024.06.28 Greenaction v. US Navy - Complaint - Endorsed.pdf**
955K

📄 **2024.06.28 Complaint Exhibit 1 - Endorsed.pdf**
3256K