Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW
ENVIRONMENTAL LAW CLINIC
434 Law Building, UC Berkeley Law
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

DAVID D. MITCHELL (IL Bar #6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Fax: (202) 514-8865
david.mitchell@usdoj.gov

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY et al.,<br><br>Defendants. | Case No. 3:24-cv-3899-VC<br><br>**STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

Under Civil Local Rule 6-1(a), Plaintiff and Defendants (together, the "Parties") stipulate to extend Defendants' deadline to file a responsive pleading to October 30, 2024. The current deadline is September 16, 2024.

Plaintiff intends to file an amended complaint and Defendants anticipate filing a motion to dismiss under Federal Rule of Civil Procedure 12(b). The Parties met on September 3, 2024, to discuss a process for Plaintiff to file an amended complaint and Defendants to respond with a responsive pleading. After meeting, the Parties further coordinated on a process to facilitate filing of Plaintiff's amended complaint and Defendants' responsive pleading. Plaintiff would like to obtain three specifically-identified documents from Defendants that the Navy will make publicly available, and that will determine the timing of Plaintiff's amended complaint.

The Parties believe it would serve judicial economy and the orderly administration of this case to extend Defendants' responsive pleading deadline to allow Plaintiff to obtain the information sought and file an amended complaint before Defendants file a responsive pleading. The Parties believe this will allow Plaintiff to file one amended complaint and Defendants to file one motion to dismiss, rather than multiple rounds. Depending on when the Navy makes publicly available the three documents Plaintiff seeks, the Parties may need to stipulate to, or, if required, request an order from the Court for a further extension of Defendants' responsive pleading deadline.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 10, 2024 | */s/ with permission* <br> Steven J. Castleman <br> Berkeley Law Environmental Law Clinic <br><br> Attorney for Plaintiff <br> Greenaction for Health and Environmental Justice |

Dated: September 10, 2024

/s/ *David Mitchell*
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

Attorney for Defendants

**FILING ATTESTATION**

I attest that the signing counsel for Plaintiff concurs in filing this document.

Dated: September 10, 2024

/s/ *David Mitchell*
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section