# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY et al.,<br><br>Defendants. | Case No. 3:24-cv-3899-VC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO INCREASE PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S RESPONSE** |

Based on stipulation and for good cause shown, Defendants are permitted to file a brief not to exceed 25 pages in support of their forthcoming motion to dismiss the first amended complaint and Plaintiff is permitted to file a brief not to exceed 25 pages in opposition to the motion to dismiss. These page limits include summaries of argument and exclude the title page, table of contents, table of authorities, and exhibits.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                         Vince Chhabria
                                         United States District Judge