# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

GREENACTION FOR HEALTH AND
ENVIRONMENTAL JUSTICE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
NAVY et al.,

Defendants.

Case No. 3:24-cv-3899-VC

**[PROPOSED] ORDER GRANTING
STIPULATION TO INCREASE PAGE
LIMITS ON DEFENDANTS' MOTION
TO DISMISS AND PLAINTIFF'S
RESPONSE**

Based on stipulation and for good cause shown, Defendants are permitted to file a brief not to exceed 25 pages in support of their forthcoming motion to dismiss the first amended complaint and Plaintiff is permitted to file a brief not to exceed 25 pages in opposition to the motion to dismiss. These page limits include summaries of argument and exclude the title page, table of contents, table of authorities, and exhibits.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   October 25, 2024

_____
Vince Chhabria
United States District Judge