# EXHIBIT 2



**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING SYSTEMS COMMAND
BASE REALIGNMENT AND CLOSURE
PROGRAM MANAGEMENT OFFICE WEST
33000 NIXIE WAY, BLDG 50 Suite 207
SAN DIEGO, CA 92147

5000-33C
Ser BPMOW/102
April 21, 2022

Wayne Praskins
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street, (SFD-7-3)
San Francisco, CA 94105-3901

Nina Bacey
Department of Toxic Substances Control
700 Heinz Avenue, Bldg. F, Suite 200
Berkeley, CA 94710-2737

Jeff White / David Tanouye
San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612

Dear BCT Members:

Please see the enclosed Parcel B Final Radiological Rework document titled *Final Parcel B Removal Site Evaluation Work Plan, Hunters Point Naval Shipyard, San Francisco, CA dated April 21, 2022*.

If you have any questions regarding this report, please contact Sean-Ryan McCray at (619) 524-5322.

Sincerely,

Digitally signed by
ROBINSON.DEREK.JON.1289660654
Date: 2022.04.21 12:56:04 -07'00'

DEREK J. ROBINSON
BRAC Environmental Coordinator
By direction of the Director

Enclosure: 1.  Final Parcel B Removal Site Evaluation Work Plan, Hunters Point Naval
                 Shipyard, San Francisco, CA dated April 21, 2022

Copy to:  (next page)

5000-33C
Ser BPMOW/102
April 21, 2022

Copy to:  (CD only)
Robert Begley
City of San Francisco
1680 Mission Street, First Floor
San Francisco, CA 94103

Amy Brownell
City of San Francisco
49 South Van Ness Avenue, Suite 600
San Francisco, CA 94103

Jamie Egan
Jacobs
4 Embarcadero Center Suite 38
San Francisco, CA 94111

Daniel Hansen
Five Point
One Samsome St, Suite 3200
San Francisco, CA 94104

Andrea Ruiz-Esquide
City of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

Copy to:  (Hard copy and CD)
Matt Liscio
RASO NAVSEA Command Detachment
Building 1959
Yorktown, VA 23691-5111

Christina Rain
Langan
135 Main St., Suite 1500
San Francisco, CA 94105

Randy Brandt PG
Geosyntec Consultants
1111 Broadway, 6th floor
Oakland, CA 94607

Janet Dismukes
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111

Naimi Hamidullah
ROICC San Francisco Bay Area
950 West Mall Square
Bldg 1, Suite 160 MS2
Alameda, CA 94501-7545

Mark Matyjas
City of San Francisco
101 Grove St., Room 217
San Francisco, CA 94102

Travis Williamson
Battelle
505 King Avenue
Columbus, OH 43201

Diane Silva
NAVFAC SWDIV Code EV33
NBSD Bldg 3519
2965 Mole Road
San Diego, CA 92136

Dr. Sheetal Singh
California Health and Human Services
Environmental Management Branch
1725 23rd Street, Suite 110
Sacramento, CA 95816

2



**Base Realignment and Closure
Program Management Office West
San Diego, California**

# FINAL
# Parcel B Removal Site Evaluation Work Plan

Hunter's Point Naval Shipyard

San Francisco, California

April 2022

**Distribution authorized to *U.S. Government Agencies only* (proprietary information), April 21, 2022. Other requests for this document shall be referred to the Naval Facilities Engineering Systems Command, 750 Pacific Highway, San Diego, CA 92132-5190.**

DCN: GLBN-0005-5364-0050



**Base Realignment and Closure**
**Program Management Office West**
**San Diego, California**

# FINAL
# Parcel B Removal Site Evaluation Work Plan

Hunter's Point Naval Shipyard

San Francisco, California

April 2022

DCN: GLBN-0005-5364-0050

**Prepared for:**
**Department of the Navy**
**Naval Facilities Engineering Command Southwest**
**1220 Pacific Highway**
**San Diego, CA  92132**

**Prepared by:**



**Gilbane Federal**
**1655 Grant Street, Suite 1200**
**Concord, California 94520**
**Contract Number: N62473-17-D-0005, Task Order F5217**



**Base Realignment and Closure**
**Program Management Office West**
**San Diego, California**

# FINAL
# Parcel B Removal Site Evaluation Work Plan

Hunter's Point Naval Shipyard

San Francisco, California

April 2022

DCN: GLBN-0005-5364-0050

| | |
|---|---|
| _(signature)_ | 4/19/2022 |
| Signature | Date |
| Quality Assurance Manager | |
| _(signature)_ | 4/18/2022 |
| Signature | Date |
| Radiation Safety Officer | |
| _(signature)_ | 4/18/2022 |
| Signature | Date |
| Project Manager | |

This page intentionally left blank.

# Executive Summary

## Background

Radiological surveys and remediation were previously conducted at former Hunters Point Naval Shipyard (HPNS) as part of a basewide Time-Critical Removal Action (TCRA). Tetra Tech EC, Inc. (TtEC), under contracts with the Department of the Navy (Navy), conducted a large portion of the basewide TCRA, including Parcel B. Data manipulation and falsification were committed by TtEC employees during the TCRA. An independent third-party evaluation of previous data identified additional potential manipulation, falsification, and data quality issues with data collected at Parcel B (Navy, 2017, 2018). As a result, the Navy developed this work plan to investigate radiological sites in Parcel B.

## Project Purpose

The purpose of the investigation presented in this work plan is to determine whether current site conditions are compliant with the remedial action objective (RAO) in the *Amended Parcel B Record of Decision, Hunters Point Shipyard, San Francisco, California* (Project B ROD; Navy, 2009). The RAO for radiologically impacted soil and structures is to prevent receptor exposure to radionuclides of concern (ROCs) at concentrations that exceed remediation goals (RGs) for all potentially complete exposure pathways.

## Scope

The radiological investigation will be conducted at the following sites within Parcel B:

- Former Sanitary Sewer and Storm Drain Trenches
- Building 103
- Building 113
- Building 113A
- Former Building 114
- Building 130
- Building 140
- Former Building 142
- Building 146
- Former Building 157

The sites and the locations of work are shown on **Table ES-1** and **Figure ES-1**.

## Soil Investigations

Soil investigations will be conducted at the following areas:

- Former sanitary sewer and storm drain Trenches

- Former building sites and surface soil associated with existing buildings

Parcel B Removal Site Evaluation Work Plan
Former Hunter's Point Naval Shipyard
San Francisco, CA

Executive Summary

Soil investigation areas will be divided into trench units (TUs) and surface soil survey units (SUs). The sizes and boundaries of the TUs and surface soil SUs will be based on the previous plans and reports.

## Former Sanitary Sewer and Storm Drain Trench Units

For the TUs associated with former sanitary sewers and storm drains, a phased investigation approach was designed based on a proposal by the regulatory agencies to achieve a high level of confidence that the Parcel B ROD RAO has been met for soil. For Phase 1, 100 percent of soil will be re-excavated and characterized at 33 percent of TUs in Parcel B. Soil sampling at the remaining 67 percent of TUs will be performed as part of Phase 2 to increase confidence that current site conditions comply with the Parcel B ROD RAO. The Navy will re-excavate 100 percent of Phase 2 TUs if contamination is identified in Phase 1 TUs. For both Phase 1 TUs and Phase 2 TUs, the durable cover (including asphalt, asphalt base course, concrete, gravel, debris, or obstacles) will be removed to expose the target soils.

### Phase 1

Phase 1 includes the radiological investigation on a targeted group of TUs. Twenty-four of the 70 former sanitary sewer and storm drain TUs were selected for the Phase 1 investigation.

The radiological investigation of soil includes:

- Collection of systematic soil samples from each TU

- Gamma scan survey of 100 percent of the soil

- Collection of biased soil samples, where necessary, based on the gamma scan measurements

The targeted TUs were selected based on the highest potential for radiological contamination. The following information was used to select the units:

- Historical documentation of specific potential upstream sources, spills, or other indicators of potential contamination (see *Historical Radiological Assessment, Hunters Point Annex, Volume II, History of the Uses of General Radioactive Material 1939–2003* [HRA; Naval Sea Systems Command (NAVSEA), 2004])

- Signs of potential manipulation or falsification from the soil data evaluation

All of the soil (100 percent) will be excavated to the original TU boundaries, as practicable, and gamma scan surveys of the excavated material will be conducted. Excavated soil will be gamma scanned by laying it out on Radiological Screening Yard (RSY) pads for a surface scan. Following excavation to the original TU boundaries, additional excavation of approximately 6 inches of the trench sidewalls and floors will be performed to provide ex situ gamma scanning and sampling of the trench sidewalls and floors. The excavated soil from within each trench and the over-excavation will be tracked separately, and global positioning system (GPS) location-correlated results will

DCN: GLBN-0005-5364-0050

Parcel B Removal Site Evaluation Work Plan
Former Hunter's Point Naval Shipyard
San Francisco, CA

Executive Summary

be collected.

Systematic and biased samples will be collected from the excavated soil from the TUs and from the soil surrounding the TUs. A minimum of 25 systematic samples will be collected from each excavated soil unit and TU until an agreement based on the data variability observed in the soil is reached between the Navy and regulatory agencies. The soil samples will be analyzed for the applicable ROCs by accredited off-site laboratories. Soil sample locations will be surveyed using GPS. If the investigation results from the gamma scan surveys and results from analysis of systematic and biased soil samples of the over-excavated material demonstrate exceedances of the RGs that are not attributed to naturally occurring radioactive material (NORM) or anthropogenic background, the material will be segregated for further evaluation. As directed by the Navy, an in situ investigation and/or remediation of the trench sidewalls and floor will be performed prior to backfill.

**Phase 2**
At the remaining 46 TUs, a gamma scan survey of 100 percent of accessible surface areas and soil sampling will be conducted. Subsurface soil samples will be collected via borings, with a minimum of 18 borings within the trench and one boring every 50 linear feet along the sidewalls of the trench. The borings will be advanced beyond the floor boundary of the trench or to the point of refusal. Gamma scans of the core will be conducted. Borehole locations will be surveyed using GPS. The soil samples will be analyzed for the applicable ROC analysis by accredited off-site laboratories.

## Former Building Site and Existing Building Surface Soil Survey Units

At the 15 SUs associated with former building sites and existing building surface soil, the radiological investigation is based of surface soil on a proposal by the regulatory agencies and includes:

- Collection of a minimum of 25 systematic soil samples from each SU

- Gamma scan survey of 100 percent of the soil

- Collection of biased soil samples, where necessary, based on the gamma scan measurements

For all the surface soil SUs, gamma scan surveys of 100 percent of the surface soil will be conducted. GPS location-correlated results will be collected. Systematic and biased samples will be collected from the surface soil SUs. The soil samples will be analyzed for the applicable ROCs by accredited off-site laboratories. Soil sample locations will be surveyed using GPS.

## Building Investigations

Investigations of interior surfaces will be performed for the following buildings:

- Building 103
- Building 113
- Building 113A

DCN: GLBN-0005-5364-0050

Parcel B Removal Site Evaluation Work Plan
Former Hunter's Point Naval Shipyard
San Francisco, CA

Executive Summary

- Building 130
- Building 140
- Building 146

Buildings will be divided into SUs, and the sizes and boundaries of the SUs will be based on the previous plans and reports. The radiological investigation will be conducted to include:

- Collection of a minimum of 18 systematic static alpha-beta measurements from each SU

- Alpha and beta scan surfaces

- Collection of biased static alpha-beta measurements where necessary, based on the alpha-beta scan measurements

- Collection of swipe samples

Building 103 includes seven SUs consisting of exposed soil in the crawlspace that will be investigated the same as Phase 1 surface soil SUs.

For Building 140, data will be collected consistent with the *Technical Memorandum to Support Unrestricted Radiological Release of Building 140 Including the Suction Channel and Discharge Piping, Hunters Point Shipyard, San Francisco, California* (TtEC, 2011) to confirm the conclusion of no further action.

## **Data Evaluation and Reporting**

Data from the radiological investigation will be evaluated to determine whether the site conditions are compliant with the Parcel B ROD RAO. If the residual ROC concentrations are below the RGs in the Parcel B ROD (Navy, 2009) or are shown to be NORM or anthropogenic background, then the site conditions are compliant with the Parcel B ROD RAO. **Section 5.0** of this work plan provides additional information and details on data evaluation and reporting.

The following methods will be used to determine whether the residual ROC concentrations comply with the Parcel B ROD RAO:

- Each sample and static measurement result will be compared to the corresponding RG. If all residual ROC concentrations are less than or equal to the corresponding RG, then site conditions comply with the Parcel B ROD RAO.

- Sample and measurement data will be compared to appropriate RBA data and multiple lines of evidence will be evaluated to determine whether site conditions are consistent with NORM or anthropogenic background. The data evaluation may include, but is not limited to, population-to-population comparisons, use of a maximum likelihood estimate (MLE) or background threshold value, graphical comparisons, and comparison with regional background levels. If all residual ROC concentrations are determined to be consistent with NORM or

DCN: GLBN-0005-5364-0050

anthropogenic background, then site conditions comply with the Parcel B ROD RAO.

- Each radium-226 ($^{226}$Ra) sample result exceeding both the corresponding RG and the expected range of background will be compared to concentrations of other radionuclides in the uranium natural decay series (see **Section 5.6**). If the concentrations of radionuclides in the uranium natural decay series are consistent with the assumption of secular equilibrium, then the $^{226}$Ra concentration is NORM, and site conditions comply with the Parcel B ROD RAO.

If the investigation results demonstrate that there are no exceedances determined from a point-by-point comparison with the RGs at agreed upon statistical confidence levels, or that residual ROC concentrations are NORM or anthropogenic background, then a remedial action completion report (RACR) will be developed.

If the investigation results demonstrate exceedances of the RGs determined from a point-by-point comparison with the RGs at the agreed upon statistical confidence levels and are not shown to be NORM or anthropogenic background, then remediation will be conducted, followed by a RACR.

The RACR will describe the results of the investigation, explain remediation performed, compare the distribution of data from the sites with applicable reference area data, and provide a demonstration that site conditions are compliant with the Parcel B ROD RAO through the use of multiple lines of evidence including application of statistical testing with agreed upon statistical confidence levels on the background data.

### Table ES-1: Soil Trench Units and Building Site Survey Units

| Soil Investigations - Trench Units (TUs) | | |
|---|---|---|
| **Site** | **Phase 1** | **Phase 2** |
| Former Sanitary Sewer and Storm Drain Trenches | TUs 4, 13, 21, 23, 26, 33, 36, 39, 45, 47-50, 50A, 51, 54, 56-57, 59, 65, 130-132, 186 | TUs 1-3, 5-12, 14-20, 22, 24-25, 27-30, 37, 40-44, 46, 51A, 52-53, 55, 58, 60-64, 125-128 |
| **Soil Investigations - Surface Soil Survey Units (SUs)** | | |
| Building 103 | SU A to SU G | |
| Former Building 114 | SU-001 to SU-002 | |
| Former Building 142 | SU-001 to SU-003 | |
| Former Building 157 | SU-005 to SU-007 | |
| **Building Investigations** | | |
| Building 103 | SU-001 to SU-014, SU-016 to SU-033 | |
| Building 113 | SU-001 to SU-033 | |
| Building 113A | SU-001 to SU-016 | |
| Building 130 | SU 001 to SU-040 | |
| Building 140 | Data to be collected consistent with the *Technical Memorandum to Support Unrestricted Radiological Release of Building 140 Including the Suction Channel and Discharge Piping* (TtEC, 2011) | |
| Building 146 | SU-001 to SU-007, SU-012 to SU-024, SU-030 to SU-042 | |

DCN: GLBN-0005-5364-0050