# EXHIBIT 4



**Naval Facilities Engineering Command Southwest**
**BRAC PMO West**
**San Diego, CA**

# FINAL
# PARCEL G REMOVAL SITE EVALUATION WORK PLAN

FORMER HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

June 2019

Approved for public release: distribution unlimited

DCN: CH2M-9000-FZ12-0013



**Naval Facilities Engineering Command Southwest
BRAC PMO West
San Diego, CA**

# FINAL
# PARCEL G REMOVAL SITE EVALUATION WORK PLAN

FORMER HUNTERS POINT NAVAL SHIPYARD,
SAN FRANCISCO, CA

June 2019

**Prepared for:**



Department of the Navy
Naval Facilities Engineering Command Southwest
1220 Pacific Highway
San Diego, CA  92132

**Prepared by:**
CH2M HILL, Inc.
San Diego, CA
Contract Number: N62470-16-D-9000; Task Order No. FZ12
DCN: CH2M-9000-FZ12-0013



**Naval Facilities Engineering Command Southwest**
**BRAC PMO West**
**San Diego, CA**

# FINAL
# PARCEL G REMOVAL SITE EVALUATION WORK PLAN

FORMER HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

June 2019

**Prepared for:**



**Department of the Navy**
**Naval Facilities Engineering Command Southwest**
**1220 Pacific Highway**
**San Diego, CA  92132**

**Prepared by:**
**CH2M HILL, Inc.**
**San Diego, CA**
Contract Number: N62470-16-D-9000; Task Order No. FZ12
DCN: CH2M-9000-FZ12-0013

_____   June 6, 2019 _____
Signature                                    Date
Quality Assurance Manager

_____   June 6, 2019 _____
Signature                                    Date
Radiation Safety Officer

_____   June 6, 2019 _____
Signature                                    Date
Project Manager

# Executive Summary

## Background

Radiological surveys and remediation were previously conducted at former Hunters Point Naval Shipyard (HPNS) as part of a basewide Time-critical Removal Action (TCRA). Tetra Tech EC, Inc. (TtEC), under contracts with the Department of the Navy (Navy), conducted a large portion of the basewide TCRA, including Parcel G. Data manipulation and falsification were committed by TtEC employees during the TCRA. An independent third-party evaluation of previous data identified additional potential manipulation, falsification, and data quality issues with data collected at Parcel G (Navy, 2017, 2018). As a result, the Navy developed this work plan to investigate radiological sites in Parcel G. Future work plans will address soil and buildings in the other parcels (B, C, D-2, E, UC-1, UC-2, and UC-3), including the North Pier and Ship Berths.

## Project Purpose

The purpose of the investigation presented in this work plan is to determine whether current site conditions are compliant with the remedial action objective (RAO) in the Parcel G Record of Decision (ROD) (Navy, 2009). The RAO for radiologically impacted soil and structures is to prevent receptor exposure to radionuclides of concern (ROCs) in concentrations that exceed remediation goals (RGs) for all potentially complete exposure pathways. Additional reference background areas (RBAs) will also be identified to confirm, or update as necessary, estimates of naturally occurring and man-made background levels for ROCs not attributed to Naval operations at HPNS. A statistical comparison of site data to applicable reference area data will be conducted.

## Scope

The radiological investigation will be conducted at the following sites:

- Former Sanitary Sewer and Storm Drain Trenches
- Former Buildings 317/364/365 Site
- Building 351A
- Building 351
- Building 366
- Building 401
- Former Building 408 Concrete Pad
- Building 411
- Building 439

The sites and the locations of work are shown on **Table ES-1** and **Figure ES-1**.

## Soil Investigations

Soil investigations will be conducted at the following areas:

- Former Sanitary Sewer and Storm Drain Trenches
- Former Buildings 317/364/365 Site
- Building 351A Crawl Space

Soil investigation areas will be divided into trench units (TUs) and surface soil survey units (SUs). The size and boundary of the TUs and SUs will be based on the previous plans and reports.

## Former Sanitary Sewer and Storm Drain Trench Units

For the TUs associated with former sanitary sewers and storm drains (from 1 to 22 feet deep), a phased investigation approach was designed based on a proposal by the regulatory agencies to achieve a high level of confidence that the Parcel G ROD RAO has been met for soil (Attachment 2.1 in **Appendix A**). For Phase 1, 100 percent of soil will be re-excavated and characterized at 33 percent of TUs in Parcel G. Soil sampling and scanning at the remaining 67 percent of TUs will be performed as part of Phase 2 to increase confidence that current site conditions comply with the Parcel G ROD RAO. The Navy will re-excavate 100 percent of Phase 2 TUs if contamination is identified in Phase 1 TUs. For both Phase 1 TUs and Phase 2 TUs, the durable cover (including asphalt, asphalt base course, concrete, gravel, debris, or obstacles) will be removed to expose the target soils.

### Phase 1

Phase 1 includes the radiological investigation on a targeted group of TUs. Twenty-one of the 63 former sanitary sewer and storm drain TUs were selected for the Phase 1 investigation.

The radiological investigation of soil includes the following:

- Collection of systematic soil samples from each TU
- Gamma scan of 100 percent of the soil
- Collection of biased soil samples, where necessary, based on the gamma scan measurements

The targeted TUs were selected based on the highest potential for radiological contamination. The following information was used to select the units:

- Historical documentation of specific potential upstream sources, spills, or other indicators of potential contamination (NAVSEA, 2004)
- Signs of potential manipulation or falsification from the soil data evaluation (Navy, 2017, 2018)

All of the soil (100 percent) will be excavated to the original TU boundaries, as practicable, and gamma scans of the excavated material will be conducted. Excavated soil will be gamma scanned by one of two methods. Soil may be laid out on Radiological Screening Yard pads for a surface scan, or soil may be processed and scanned using soil segregation technology. Following excavation to the original TU boundaries, additional excavation of approximately 6 inches of the trench sidewalls and floors will be performed to provide ex situ scanning and sampling of the trench sidewalls and floors. The excavated soil from within each trench and the over-excavation will be tracked separately, and global positioning system (GPS) location-correlated results will be collected.

Systematic and biased samples will be collected from the excavated soil from the TUs and from the soil surrounding the TUs. A minimum of 18 systematic samples will be collected from each excavated soil unit and TU. The soil samples will be analyzed for the applicable ROCs by accredited offsite laboratories. Soil sample locations will be surveyed using GPS. If the investigation results from the gamma scan surveys and results from analysis of systematic and biased soil samples of the over-excavated material demonstrate exceedances of the RGs that are not attributed to naturally occurring radioactive material (NORM) or anthropogenic background, the material will be segregated for further evaluation. An in situ investigation and/or remediation of the trench sidewalls and floor will be performed prior to backfill.

### Phase 2

At the remaining 42 TUs, 100 percent radiological surface gamma scan of accessible areas and soil sampling will be conducted. Subsurface soil samples will be collected via borings, with a minimum of 18 borings within the trench and 1 boring every 50 linear feet along the sidewalls of the trench. The borings will be advanced beyond the floor boundary of the trench or to the point of refusal. Gamma

scans of the core will be conducted. Borehole locations will be surveyed using GPS. The soil samples will be analyzed for the applicable ROC analysis by accredited offsite laboratories.

### Former Building Site and Crawl Space Soil Survey Units

At the 28 surface soil SUs[1] from the Former Buildings 317/364/365 Site and Building 351A Crawl Space, the radiological investigation of soil is based on a proposal by the regulatory agencies (Attachment 2.1 in **Appendix A**) and includes the following:

- Collection of a minimum of 18 systematic soil samples from each SU
- Gamma scan of 100 percent of the soil
- Collection of biased soil samples, where necessary, based on the gamma scan measurements

For all the surface soil SUs, a surface gamma scan of 100 percent of surface soil will be conducted as walk-over or drive-over surveys. GPS location-correlated results will be collected. Systematic and biased samples will be collected from the surface soil SUs. The soil samples will be analyzed for the applicable ROCs by accredited offsite laboratories. Soil sample locations will be surveyed using GPS.

## Building Investigations

Investigations of interior surfaces will be performed for the following buildings:

- Building 351A
- Building 351
- Building 366
- Building 401
- Former Building 408 Concrete Pad
- Building 411
- Building 439

Buildings will be divided into SUs, and the size and boundary of the SUs will be based on the previous plans and reports. The radiological investigation will be conducted to include the following:

- Collection of a minimum of 18 systematic static alpha-beta measurements from each SU
- Alpha and beta scan of surfaces
- Collection of biased static alpha-beta measurement where necessary, based on the alpha-beta scan measurements
- Collection of swipe samples

## Data Evaluation and Reporting

Data from the radiological investigation will be evaluated to determine whether the site conditions are compliant with the Parcel G ROD RAO. If the residual ROC concentrations are below the RGs in the Parcel G ROD or are shown to be NORM or anthropogenic background, then the site conditions are compliant with the Parcel G ROD RAO. **Section 5** of this work plan provides additional information and details on data evaluation and reporting.

---

[1] Previously, 32 SUs were investigated at the Former Buildings 317/364/365 Site and Building 351A Crawl Space; however, some SU areas overlapped. For the Former Buildings 317/364/365 Site, former SU 22 overlaps TU 153 and will be investigated as part of TU 153. For the Building 351A Crawl Space, former SU R, SU S, and SU U overlap SU M, SU N, and SU O and will be investigated as SU M, SU N, and SU O.

The following methods will be used to determine whether the residual ROC concentrations comply with the Parcel G ROD RAO:

- Each sample and static measurement result will be compared to the corresponding RG. If all residual ROC concentrations are less than or equal to the corresponding RG, then site conditions comply with the Parcel G ROD RAO.

- Sample and measurement data will be compared to appropriate RBA data, and multiple lines of evidence will be evaluated to determine whether site conditions are consistent with NORM or anthropogenic background. The data evaluation may include, but is not limited to, population-to-population comparisons, use of a maximum likelihood estimate (MLE) or background threshold value, graphical comparisons, and comparison with regional background levels. If all residual ROC concentrations are determined to be consistent with NORM or anthropogenic background, then site conditions comply with the Parcel G ROD RAO.

- Each radium-226 ($^{226}$Ra) sample result exceeding both the corresponding RG and the expected range of background will be compared to concentrations of other radionuclides in the uranium natural decay series (see **Section 5.6**). If the concentrations of radionuclides in the uranium natural decay series are consistent with the assumption of secular equilibrium, then the $^{226}$Ra concentration is NORM, and site conditions comply with the Parcel G ROD RAO.

If the investigation results demonstrate that there are no exceedances determined from a point-by-point comparison with the statistically-based RGs[2] at agreed upon statistical confidence levels, or that residual ROC concentrations are NORM or anthropogenic background, then a remedial action completion report (RACR) will be developed.

If the investigation results demonstrate exceedances of the RGs determined from a point-by-point comparison with the statistically-based RGs[2] at agreed upon statistical confidence levels and are not shown to be NORM or anthropogenic background, then remediation will be conducted, followed by a RACR.

The RACR will describe the results of the investigation, explain remediation performed, compare the distribution of data from the sites with applicable reference area data, and provide a demonstration that site conditions are compliant with the Parcel G ROD RAO through the use of multiple lines of evidence including application of statistical testing with agreed upon statistical confidence levels on the background data.

---

[2] The RGs are statistically based because they are increments above a statistical background.

SECTION 3

# Soil Investigation Design and Implementation

This section describes the data quality objectives (DQOs), ROCs, RGs, ILs, and radiological investigation design and implementation for Parcel G soil.

## 3.1 Data Quality Objectives

The DQOs for the soil investigation are as follows:

- **Step 1-State the Problem**: Data manipulation and falsification were committed by a contractor during past sanitary sewer and storm drain removal actions and current and former building investigations for soil. The Technical Team evaluated soil data and found evidence of potential manipulation and falsification. The findings call into question the reliability of soil data and there is uncertainty whether radiological contamination was present or remains in place. Therefore, the property is unable to be transferred as planned. Based on the uncertainty and the description of radiological activities in the HRA, there is a potential for residual radioactivity to be present in soil.

- **Step 2-Identify the Objective**: The primary objective is to determine whether site conditions are compliant with the Parcel G ROD RAO (Navy, 2009).

- **Step 3-Identify Inputs to the Objective**: The inputs include surface soil and subsurface soil analytical data for the applicable ROCs and gamma scan survey measurements to identify biased soil sample locations. RBA surface and subsurface soil analytical data for ROCs will also be used to confirm, or update as necessary, estimates of naturally occurring and man-made background levels for ROCs not attributed to Naval operations at HPNS.

- **Step 4-Define the Study Boundaries**: See Phases 1 and 2 TUs and survey units (SUs) listed in **Tables 3-1 through 3-3** and shown on **Figure 3-1**.

- **Step 5-Develop Decision Rules:**

  – If the investigation results demonstrate that there are no exceedances determined from a point-by-point comparison with the statistically-based RGs[4] at agreed upon statistical confidence levels, or that residual ROC concentrations are NORM or anthropogenic background, then a remedial action completion report (RACR) will be developed.

  – If the investigation results demonstrate exceedances of the RGs determined from a point-by-point comparison with the statistically-based RGs[4] at agreed upon statistical confidence levels and are not shown to be NORM or anthropogenic background, remediation will be conducted, followed by a RACR. Remediation will be based on the following:

    - If one Phase 1 TU does not meet the Parcel G ROD RAO, all Phase 2 TUs will be excavated.
    - If all Phase 1 TUs meet the Parcel G ROD RAO, Phase 2 will be initiated for TUs.
    - If any Former Building Site SU, Crawl Space soil SU, or Phase 2 TU does not meet the Parcel G ROD RAO, the SU or TU will be excavated.

  – The RACR will describe the results of the investigation, explain remediation performed, compare the distribution of data from the sites with applicable reference area data, and provide a demonstration that site conditions are compliant with the Parcel G ROD RAO through the use of

---

[4] The RGs are statistically based because they are increments above a statistical background.

multiple lines of evidence including application of statistical testing with agreed upon statistical confidence levels on the background data.

- **Step 6-Specify the Performance Criteria:** The data evaluation process for demonstrating compliance with the Parcel G ROD RAO is presented in **Section 5** and depicted on **Figure 3-2**.

    – Compare each ROC concentration for every sample to the corresponding RG presented in **Section 3.3**.

        - If all concentrations for all ROCs for all samples are less than or equal to the RGs, then compliance with the Parcel G ROD RAO is achieved.

    – Compare sample data to appropriate RBA data from HPNS as described in **Section 5**. Multiple lines of evidence will be evaluated to determine whether site conditions are consistent with NORM or anthropogenic background. The data evaluation may include, but is not limited to, population-to-population comparisons, use of a maximum likelihood estimate (MLE) or background threshold value (BTV), graphical comparisons, and comparison with regional background levels.

        - If all residual ROC concentrations are consistent with NORM or anthropogenic background, site conditions comply with the Parcel G ROD RAO.

        - If any $^{226}$Ra gamma spectroscopy concentration exceeds the $^{226}$Ra RG and the range of expected NORM concentrations, then the soil sample will be analyzed using alpha spectroscopy for uranium isotopes ($^{238}$U, $^{235}$U, and $^{234}$U), thorium isotopes ($^{232}$Th, $^{230}$Th, and $^{228}$Th), and $^{226}$Ra to evaluate equilibrium conditions. If the concentrations of radionuclides in the uranium natural decay series are consistent with the assumption of secular equilibrium, then the $^{226}$Ra concentration is NORM, and site conditions comply with the Parcel G ROD RAO.

    – If any result is greater than the RG and cannot be attributed to NORM or anthropogenic background, remediation will be performed prior to backfill.

- **Step 7-Develop the Plan for Obtaining Data:**

    – Phase 1 TUs – The radiological investigation will be conducted on a targeted group of 21 of the 63 TUs (from 1 to 22 feet deep) associated with former sanitary sewers and storm drains in Parcel G (see **Figure 3-1**). For Phase 1 TUs, the durable cover (including asphalt, asphalt base course, concrete, gravel, debris, or obstacles) will be removed to expose the target soils. Soil will be excavated to the original TU boundaries, as practicable. Following excavation to the original TU boundaries, additional excavation of approximately 6 inches of the trench sidewalls and floors will be performed to provide ex-situ scanning and sampling of the trench sidewalls and floors. Excavated soil will be 100 percent gamma scanned by one of two methods: soil may be laid out on Radiological Screening Yard (RSY) pads for a surface scan, or soil may be processed and scanned using automated soil segregation technology. Systematic and biased samples will be collected from the excavated soil for offsite analysis.

    – Phase 2 TUs – Additional gamma scan surveys and soil sampling will be conducted on the remaining 42 TUs (from 1 to 22 feet deep) associated with former sanitary sewers and storm drains in Parcel G (see **Figure 3-1**). Each Phase 2 TU will undergo a 100 percent radiological surface gamma scan of accessible areas, along with soil sample collection via borings from soil within the former trench boundaries and from soil representing the former trench walls and floors, as practicable. Prior to the survey, the durable cover (including asphalt, asphalt base course, concrete, gravel, debris, or obstacles) will be removed to expose the target soils. The borings will be advanced approximately 6 inches below the depth of previous excavation and will be gamma scanned upon retrieval. Phase 2 will only be performed if no contamination is

found during Phase 1. If contamination is found during Phase 1, then all of the Phase 2 TUs will be excavated and investigated in a manner similar to that used for the Phase 1 TUs.

– Former Building Site and Crawl Space Soil SUs – The radiological investigation will be conducted at the 28 SUs[5] associated with surface soil at building sites in Parcel G (see **Figure 3-1**). The SUs will be investigated by conducting a 100 percent gamma scan of the surface soil, along with sample collection from systematic and biased locations. Systematic and biased samples will be collected from the excavated soil for offsite analysis.

  - At the Former Buildings 317/364/365 Site, SUs 27 (peanut spill) and 28 (liquid waste transfer system [LWTS]) will be excavated to 2 and 10 feet below ground surface (bgs), respectively, for consistency with the previous excavation boundaries. The two SUs will be excavated to the original excavation boundaries, as practicable, and gamma scans of the excavated material will be conducted, similar to that used for the Phase 1 TUs. Excavated soil will be gamma-scanned by one of two methods. Soil may be laid out on RSY pads for a surface scan, or soil may be processed and scanned using soil segregation technology. Following excavation to the original SU boundaries, additional excavation of approximately 6 inches of the trench sidewalls and floors will be performed to provide ex situ scanning and sampling of the trench sidewalls and floor.

– The soil samples collected will be analyzed for the applicable ROCs by accredited offsite laboratories, and the results will be evaluated as described in Step 6. The excavated soil from within each trench and the over-excavation will be tracked separately, and global positioning system (GPS) location-correlated results will be collected or surveying conducted.

## 3.2    Radionuclides of Concern

The ROCs for Parcel G soil are based on the HRA (NAVSEA, 2004) and ROD (Navy, 2009) as presented in **Table 3-4**.

Table 3-4. Soil Radionuclides of Concern

| Soil Area | Radionuclide of Concern |
|---|---|
| Former Sanitary Sewer and Storm Drain Lines | $^{137}$Cs, $^{226}$Ra, $^{90}$Sr ($^{232}$Th for TU 115) |
| Former Buildings 317/364/365 Site | $^{137}$Cs, $^{226}$Ra, $^{90}$Sr, $^{239}$Pu[6], $^{235}$U |
| Building 351A Crawl Space | $^{137}$Cs, $^{226}$Ra, $^{90}$Sr, $^{239}$Pu, $^{232}$Th |

## 3.3    Remediation Goals

The soil data from the radiological investigation will be evaluated to determine whether site conditions are compliant with the RAO in the Parcel G ROD (Navy, 2009). The RAO is to prevent exposure to ROCs in concentrations that exceed RGs for all potentially complete exposure pathways. The RG for each ROC is

---

[5] Previously, 32 SUs were investigated at the Former Buildings 317/364/365 Site and Building 351A Crawl Space; however, some SU areas overlapped. For the Former Buildings 317/364/365 Site, former SU 22 overlaps TU 153 and will be investigated as part of TU 153. For the Building 351A Crawl Space, former SU R, SU S, and SU U overlap SU M, SU N, and SU O and will be investigated as SU M, SU N, and SU O.

[6] $^{239}$Pu is only an ROC for former Buildings 364 and 365 (NAVSEA, 2004); however, it is included as an ROC for soil at the Former Buildings 317/364/365 Site, that includes former Building 317 based on the location and proximity.