# EXHIBIT 5



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**Technical Memorandum: Strontium Analysis**

Parcel G

Former Hunters Point Naval Shipyard, San Francisco, CA

September 2024

**Distribution Statement A. Approved for public release: distribution is unlimited.**



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**Technical Memorandum: Strontium Analysis**

Parcel G

Former Hunters Point Naval Shipyard, San Francisco, CA

September 2024

DCN: APTM-0006-5065-0134

**Prepared for:**
Department of the Navy
Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
33000 Nixie Way, Bldg. 50, Suite 207
San Diego, CA 92147

**Prepared by:**
Aptim Federal Services, LLC
4005 Port Chicago Highway, Suite 200
Concord, CA 94520
Contract Number: N62473-17-D-0006; Task Order: N6247318F5065



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**Technical Memorandum: Strontium Analysis**

Parcel G

Former Hunters Point Naval Shipyard, San Francisco, CA

September 2024

Lisa Bercik
Project Manager

September 18, 2024
Date

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

# Table of Contents

Table of Contents.................................................................................................................i

List of Appendices...........................................................................................................iii

List of Figures (Executive Summary)..............................................................................iii

List of Tables....................................................................................................................iii

Acronyms and Abbreviations..........................................................................................iv

Executive Summary .........................................................................................................vi

1.0     Introduction ...................................................................................................... 1-1

1.1     Purpose ........................................................................................................ 1-1

1.2     Timeline........................................................................................................ 1-1

1.3     Technical Memorandum Organization ......................................................... 1-1

2.0     Background ....................................................................................................... 2-1

2.1     Strontium at Parcel G .................................................................................. 2-1

2.2     Strontium-90 Remedial Goal ....................................................................... 2-1

2.3     History of Strontium Analytics at Hunters Point Naval Shipyard.................. 2-2

2.4     Radiochemistry Basics: Type I and II Errors, Decision Level Concentration, Uncertainty ................................................................................................... 2-3

2.4.1     Type I and II Errors ........................................................................... 2-4

2.4.2     Decision Level Concentration ........................................................... 2-4

2.4.3     Total Propagated Uncertainty ........................................................... 2-5

3.0     Strontium Analytical Methods and Results ....................................................... 3-1

3.1     EPA Method 905 .......................................................................................... 3-2

3.1.1     Results............................................................................................... 3-3

3.1.2     Additional Aliquots ............................................................................ 3-4

3.1.3     Laboratory Quality Control Samples ................................................. 3-5

3.1.4     Recounted Samples .......................................................................... 3-5

3.2     Eichrom Method ........................................................................................... 3-6

3.2.1     Strontium-90 Results ........................................................................ 3-6

3.2.2     Total Beta Strontium Results ............................................................ 3-8

DCN: APTM-0006-5065-0134

# Table of Contents (continued)

4.0   Validation Study for the Eichrom Method ......................................................... 4-1

   4.1     MARLAP-Style Method Validation Studies for the Eichrom Method............. 4-1

      4.1.1   Total Beta Strontium Method Validation Study Results ......................... 4-2

      4.1.2   Strontium-90 Method Validation Study Results...................................... 4-3

   4.2     Blind Study Using Performance Evaluation Samples .................................. 4-4

5.0   Verification Study for EPA Method 905 ........................................................... 5-1

   5.1     Total Beta Strontium Method Verification Study Results............................. 5-2

      5.1.1   Data Quality Objective 1—Verification Samples ................................... 5-3

      5.1.2   Data Quality Objective 2—Method and Matrix Blanks .......................... 5-3

      5.1.3   Data Quality Objective 3—Uncertainty.................................................. 5-4

      5.1.4   Data Quality Objective 4—Verification Samples ................................... 5-4

      5.1.5   Conclusions ........................................................................................... 5-4

   5.2     Strontium-90 Method Verification Study Results ......................................... 5-5

      5.2.1   Data Quality Objective 1—Verification Samples ................................... 5-5

      5.2.2   Data Quality Objective 2—Method and Matrix Blanks .......................... 5-5

      5.2.3   Data Quality Objective 3—Uncertainty.................................................. 5-6

      5.2.4   Data Quality Objective 4—Verification Samples ................................... 5-6

      5.2.5   Conclusions ........................................................................................... 5-7

6.0   Summary and Conclusions............................................................................... 6-1

   6.1     Summary...................................................................................................... 6-1

   6.2     Conclusions................................................................................................. 6-3

7.0   References ....................................................................................................... 7-1

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

# List of Appendices

Appendix A: Responses to Regulatory Agency Comments

Appendix B: Total Beta Strontium Method Validation Study Report
(DCN: APTM-0006-5065-0099 | Dated: December 19, 2022)

Appendix C: Strontium-90 Method Validation Study Report
(DCN: APTM-0006-5065-0100 | Dated: December 20, 2022)

Appendix D: Blind Performance Evaluation Sample Results for Total Beta Strontium
Analysis by Eurofins-TestAmerica Standard Operating Procedure No. ST
RC-0058, "Sample Preparation for Strontium-89, Strontium-90 and Total
Strontium Using Extraction Chromatography" (Eichrom Method)
(DCN: APTM-0006-5065-0125 | Dated: April 03, 2024)

Appendix E: Method Verification Study for Strontium-90 and Total Beta Strontium
Analysis by Eurofins-TestAmerica Standard Operating Procedure No. ST
RC-0050, "Aqueous and Soil Sample Preparation for Strontium-89, Strontium-90
and Total Strontium" (U.S. Environmental Protection Agency Method 905)
(DCN: APTM-0006-5065-0123 | Dated: April 03, 2024)

Appendix F: Laboratory Reports (available upon request)

# List of Figures (Executive Summary)

Figure ES-1: Strontium-90 Concentrations Analyzed using EPA Method 905 ...............xv

Figure ES-2: Total Beta Strontium Concentrations Analyzed using the
Eichrom Method ................................................................................... xvii

# List of Tables

Table 1: Project Timeline for Strontium Analyses

Table 2: Strontium-90 and Total Beta Strontium Results by EPA Method 905 and
Eichrom Method

Table 3: Decision Level Concentrations and Total Propagated Uncertainties

Table 4: Additional Sample Aliquots—Strontium-90 and Total Beta Strontium Results by
EPA Method 905

Table 5: Recounted Strontium-90 Results by EPA Method 905

Table 6: Strontium-90 and Total Beta Strontium Results by Eichrom Method Presented
by Laboratory to Demonstrate Interference

Table 7: Strontium-90 and Final Project Results for Total Beta Strontium by Eichrom
Method

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

# Acronyms and Abbreviations

APTIM .................................................................Aptim Federal Services, LLC

Bi-210 ..............................................................................................bismuth-210

CDPH ............................................................ California Department of Public Health

COPC ..........................................................................contaminant of potential concern

Cs-137................................................................................................cesium-137

DI       .............................................................................................deionized

DLC     ....................................................................... decision level concentration

DQO     ..........................................................................data quality objective

EPA     ........................................................... U.S. Environmental Protection Agency

EZA     ............................................................Eckert & Ziegler Analytics

FCR     ...........................................................................field change request

GFPC    ............................................................. gas flow proportional counter

HPNS    ............................................................. Hunters Point Naval Shipyard

MAPEP................................................Mixed Analyte Performance Evaluation Program

MARSSIM .... *Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM)*

MARLAP . *Multi-Agency Radiological Laboratory Analytical Protocols Manual (MARLAP)*

MDC     ........................................................................minimum detectable concentration

Navy    .........................................................................U.S. Department of the Navy

PE      ...........................................................................performance evaluation

Pb-210...........................................................................................lead-210

pCi/g   .........................................................................picocurie per gram

QA      ........................................................................... quality assurance

QC      ........................................................................ quality control

Ra-226 .................................................................................... radium-226

RG      ...........................................................................remedial goal

ROC     ........................................................................ radionuclide of concern

SOP     ......................................................................... standard operating procedure

Sr-89   ................................................................................ strontium-89

Sr-90   ................................................................................ strontium-90

SS/SD   ......................................................................... sanitary sewer/storm drain

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

Acronyms and Abbreviations

# Acronyms and Abbreviations (continued)

TBS ...................................................................................total beta strontium

TPU ............................................................total propagated uncertainty

TU ...........................................................................................trench unit

WPA ..................................................................*Final, Revision 1,*
*Parcel G Removal Site Evaluation Work Plan Addendum, Radiological*
*Investigation, Survey, and Reporting, Parcel G, Former Hunters Point Naval*
*Shipyard, San Francisco, California*

Y-90 ........................................................................................ yttrium-90

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

# Executive Summary

The soil radiological investigation, survey, and reporting at Parcel G, Former Hunters Point Naval Shipyard (HPNS), San Francisco, California (Parcel G project) experienced project-specific challenges regarding analyzing strontium-90 (Sr-90) at HPNS's uniquely low Sr-90 remedial goal (RG). This technical memorandum provides background, an overview of the strontium analyses over the course of the Parcel G project and consolidates data and decisions into one document. This technical memorandum provides several lines of evidence supporting the U.S. Department of the Navy's (Navy's) decision to analyze project samples for total beta strontium (TBS) using the Eurofins-Test America Standard Operating Procedure (SOP) No. ST-RC-0058, "Sample Preparation for Strontium-89, Strontium-90 and Total Strontium Using Extraction Chromatography" (Eichrom method), or equivalent extraction method, and to compare TBS results to the Parcel G Sr-90 RG for project decisions. The Navy collaborated with the U.S. Environmental Protection Agency (EPA) and California Department of Toxic Substances Control, including the California Department of Public Health, throughout the Parcel G project during meetings, through data sharing and review, and through the document review and comment resolution process, to come to this decision. Aptim Federal Services, LLC (APTIM) prepared this technical memorandum for the Navy under the Radiological Environmental Multiple Award Contract, Contract Number N62473-17-D-0006, Contract Task Order N6247318F5065.

## Background

Sr-90 is widely dispersed in the environment from atmospheric testing of nuclear weapons in the 1950s and 1960s. The Agency for Toxic Substances and Disease Registry reports that Sr-90 is found in nearly all soils in the United States (California Office of Environmental Health Hazard Assessment 2006), resulting in varying levels of anthropogenic background. Historical Navy use of radiological materials at HPNS included materials associated with shipyard operations, the Naval Radiological Defense Laboratory, and ship decontamination and maintenance procedures. Additional potential sources of Sr-90 at HPNS include the use of radioluminescent devices and radiation detection equipment check sources (Naval Sea Systems Command 2004).

### Strontium-90 Remedial Goal

The *Final Record of Decision for Parcel G, Hunters Point Shipyard, San Francisco, California* (Navy 2009) presents the Parcel G Sr-90 RG for soil as 0.331 picocurie per gram (pCi/g). The Parcel G Sr-90 RG is based on residential land use. It is conservative and represents a target lifetime cancer risk in the $10^{-8}$ range (i.e., a probability of only

DCN: APTM-0006-5065-0134

one person getting cancer in 100,000,000 potentially exposed individuals). A lifetime cancer risk of $10^{-8}$ is two orders of magnitude more conservative, therefore more health protective, than the lower end of the EPA's acceptable target lifetime cancer risk management range of $10^{-4}$ (1 in 10,000) to $10^{-6}$ (1 in 1,000,000) as stated in Title 40 Code of Federal Regulations (CFR) Section 300.430(e)(2)(i)(A)(2). The CFR states the $10^{-6}$ risk probability threshold shall be used as the point of departure (that is, the conservative default risk threshold) for determining RGs, further indicating that the Parcel G Sr-90 RG is very conservative and more protective of health by two orders of magnitude (or 100-fold). As the conservative default risk threshold of $10^{-6}$ already represents a very low risk probability, use of a $10^{-8}$ risk threshold for setting the RG represents an extremely low risk probability. It is noted that a cumulative cancer risk (potentially associated with all six radiological contaminants of potential concern [COPCs] at the site, including Sr-90) includes all six COPCs listed in the *Final Record of Decision for Parcel G, Hunters Point Shipyard, San Francisco, California* (Navy 2009), and that the cancer risk for Sr-90 ($10^{-8}$) is one portion/contributor to the overall cancer risk that has been calculated for the site. The estimated risk for Sr-90 is lower than the EPA's regulatory point of departure ($10^{-6}$) by a factor of 100.

*History of Strontium Analytics at Hunters Point Naval Shipyard*

Strontium has several radioactive isotopes, each with varying half-lives. Half-life is the time required for a quantity of a substance to reduce or decay to half of its initial value. The longest-lived of these isotopes are Sr-90 (half-life of 28.8 years), strontium-89 (Sr-89) (half-life of 51 days), and strontium-85 (Sr-85) (half-life of 65 days). Other strontium isotopes have half-lives shorter than 50 days, and most are under 100 minutes. Sr-85 is typically used in medicine and biology research, and Sr-89 is used in medical cancer treatments. Sr-90 is a radioactive isotope of strontium produced by nuclear fission.

Historically at HPNS, the Navy analyzed 10 percent of soil samples for TBS, which includes the strontium isotopes (Sr-85, Sr-89, Sr-90), due to the unlikelihood of Sr-85 or Sr-89 to be present and the laboratory variability that can occur when attempting to remove strontium isotopes from a soil sample. Analyzing for TBS is conservative because it includes the additional strontium isotopes in the reported strontium concentration. Since at least 2009, strontium was analyzed as TBS by a procedure based on EPA Method 905. If TBS was detected above the RG, the result was confirmed with isotopic Sr-90 analysis using EPA Method 905.

Isotopic Sr-90 analysis was specified in the *Preliminary Draft Work Plan for Radiological Data Evaluation and Confirmation Survey, Former Hunters Point Naval Shipyard, San Francisco, California* (CH2M Hill, Inc. 2017), changing the analysis from TBS to Sr-90. This basewide version of the work plan preceded the parcel-specific work plans. The *Final, Revision 1, Parcel G Removal Site Evaluation Work Plan Addendum, Former Hunters Point Naval Shipyard, San Francisco, California* (WPA; APTIM 2020) included EPA Method 905 as the Sr-90 analytical method.

**Project Timeline Overview**

The Parcel G project timeline overview is summarized in the following table.

| Date | Item |
|---|---|
| September 2020 | Navy began sampling soil on RSY pads for Sr-90 using EPA Method 905 per the WPA. |
| January 2021 | Navy was notified of first potential Sr-90 exceedances. The Navy investigated the potential exceedances including analyzing additional samples per the approved Work Plan and presenting findings to the regulatory agencies. |
| November 2021 | Navy began reanalysis of project samples for Sr-90 using the Eichrom method per FCR-006. A total of 950 samples were analyzed for Sr-90 using the Eichrom method from November 2021 to March 2022. |
| December 2021 | Navy was notified of first potential Sr-90 exceedances using the Eichrom method. |
| March 2022 | Navy began reanalysis of project samples for TBS using the Eichrom method per FCR-007. A total of 1,017 samples were analyzed for TBS using the Eichrom method from March to July 2022. |
| August 2022 | Navy performed MARLAP-style Eichrom method validation studies for Sr-90 and TBS analysis. |
| November 2023 | Navy performed method verification studies for Sr-90 and TBS analysis using EPA Method 905 and performed the blind study for TBS analysis using the Eichrom method per FCR-008. |

Notes:
EPA        U.S. Environmental Protection Agency
FCR        field change request
MARLAP     *Multi-Agency Radiological Laboratory Analytical Protocols Manual (MARLAP)*
Navy       U.S. Department of the Navy
RSY        radiological screening yard
Sr-90      strontium-90
TBS        total beta strontium

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

Executive Summary

| WPA | Final, Revision 1, Parcel G Removal Site Evaluation Work Plan Addendum, Former Hunters Point Naval Shipyard, San Francisco, California |

**Summary of Parcel G Strontium Data**

In September 2020, the Navy started the Parcel G project analyzing 10 percent of soil samples for Sr-90 at HPNS using EPA Method 905 in accordance with the *Final Parcel G Removal Site Evaluation Work Plan, Former Hunters Point Naval Shipyard, San Francisco, California* (CH2M Hill, Inc. 2019) and the WPA (APTIM 2020). In January 2021, it was observed that several soil samples exhibited Sr-90 concentrations potentially exceeding the Parcel G Sr-90 RG. These results were unexpected because:

- The sample results were not reproducible.

- Sr-90 was detected in soil samples collected from trenches that were backfilled entirely with clean, sampled material imported from an off-site source.

- Sr-90 was detected in quality control (QC) method blank and laboratory replicate samples.

The Navy investigated the potential Sr-90 exceedances with the laboratory, carefully examining laboratory procedures and QC data.

Through research and in the process of investigating these samples that exhibited Sr-90 concentrations potentially exceeding the RG, the Navy identified a more accurate Sr-90 analytical method, referred to as the Eichrom method. The research indicated that the Eichrom method is more accurate than EPA Method 905 because the Eichrom method provides lower decision level concentration (DCL) and lower uncertainty. As part of the investigation into these samples that exhibited Sr-90 in excess of the RG, the Navy reanalyzed Parcel G project samples for Sr-90 using the Eichrom method. Again, there were several analytical results from soil samples with Sr-90 concentrations potentially exceeding the Sr-90 RG that were suspected to be false positives because:

- The sample results were not reproducible.

- Sr-90 was detected in soil samples collected from trenches that were backfilled completely with clean, sampled material imported from an off-site source.

- Sr-90 was detected in QC method blank and laboratory replicate samples.

- The analytical results did not match the potential Sr-90 exceedances detected using EPA Method 905.

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

Executive Summary

The Navy and the laboratory investigated and carefully reviewed the laboratory data,
laboratory procedures, and Eichrom method extraction column manufacturer's literature.
The laboratory determined there was an interference causing a high bias in the Sr-90
results. The interference arose during Sr-90 separation from other isotopes. This
separation step is not part of TBS analysis and, therefore, TBS analysis with the
Eichrom method is not impacted by the interference. The Navy reanalyzed the project
samples again for TBS (instead of Sr-90) using the Eichrom method.

A total of 1,017 soil samples were analyzed for TBS with the Eichrom method, which
includes every project sample collected and analyzed for Sr-90 and/or TBS (a minimum
of 10 percent of all project samples are analyzed for strontium). None of the 1,017 soil
samples exceeded the Sr-90 RG (0.331 pCi/g). A total of 123 sample results had
detected TBS activity with concentrations ranging from 0.0225 to 0.0941 pCi/g, an order
of magnitude below the Sr-90 RG (0.331 pCi/g).

## Laboratory Studies of the Eichrom Method and EPA Method 905

In consultation with the regulatory agencies (including the EPA, California Department
of Toxic Substances Control, and the California Department of Public Health), the Navy
performed the following laboratory studies of the Eichrom method and EPA Method 905
to confirm the analytical methods produced accurate and precise Sr-90 and TBS results
at the Sr-90 RG concentration (0.331 pCi/g):

- A *Multi-Agency Radiological Laboratory Analytical Protocols Manual (MARLAP)*
  (MARLAP; EPA et al. 2004) style method validation study for TBS analysis using
  the Eichrom method

- A MARLAP-style method validation study for Sr-90 analysis using the Eichrom
  method

- A blind study for TBS analysis using Eichrom method with spiked samples
  prepared by a third party (Eckert & Ziegler Analytics) at concentrations unknown
  to the laboratory and to the Navy

- A method verification study for TBS analysis using EPA Method 905

- A method verification study for Sr-90 analysis using EPA Method 905

The Eichrom method for TBS analysis passed the MARLAP-style verification study and
the blind study, demonstrating it is a reliable analytical method for TBS at this low
concentration range. The Eichrom method for Sr-90 analysis passed the MARLAP-Style
verification study only when a method blank population correction subtraction is applied

DCN: APTM-0006-5065-0134

to the results. The EPA Method 905 failed the verification study for both TBS and Sr-90 analysis, demonstrating it is not a reliable analytical method for TBS and Sr-90 at this very low concentration range.

## Conclusions

Based on the results of the aforementioned studies, and with the agreement of the regulatory agencies, the Navy HPNS Team will analyze project samples for TBS using the Eichrom method (or equivalent extraction method) for HPNS projects where Sr-90 is a radionuclide of concern. Figures ES-1 and ES-2 show the Parcel G project samples analyzed for Sr-90 using EPA Method 905 and TBS using the Eichrom method, respectively. The sample concentrations are graphed showing their uncertainties as error bars. These figures show data for the same project samples analyzed by both methods. It is evident from the figures that TBS analysis using the Eichrom method provides more accurate results (smaller uncertainty/error bars) at much lower DCLs, which are critical for making project decisions at the very low HPNS Sr-90 RG. The Sr-90 data shown on Figure ES-1 have large uncertainties, which indicate the EPA Method 905 is not a reliable method at this very low concentration range. HPNS uses point-by-point comparison of sample results with the RG to make project decisions for remediation, rather than sample averages as prescribed in *Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM)* (MARSSIM; EPA et al. 2000). This approach means that each sample result is directly compared to the RG on a point-by-point, not-to-exceed, basis and one elevated sample result triggers remedial action. EPA Method 905 does not produce reliable and reproducible data at the low Parcel G Sr-90 RG concentration and includes a higher likelihood of false positive results above the Parcel G Sr-90 RG due to higher uncertainty and DLC. TBS analysis using the Eichrom method was proven to be the most accurate, precise, and reproducible method available for HPNS project objectives. TBS analysis using the Eichrom method results in a higher degree of confidence for project decision-making for point-by-point (not-to-exceed) comparison at the very low HPNS Sr-90 RG (0.331 pCi/g). Consequently, TBS analytical results will be compared to the Sr-90 RG for project decisions.

A total of 1,017 soil samples were analyzed for TBS with the Eichrom method. No samples exceeded the Sr-90 RG (0.331 pCi/g).

# 1.0    Introduction

The soil radiological investigation, survey, and reporting at Parcel G, Former Hunters Point Naval Shipyard (HPNS), San Francisco, California, experienced challenges identifying the appropriate analytical method for strontium-90 (Sr-90) and total beta strontium (TBS). This technical memorandum presents background, explanation of strontium analytical methods used, data quality challenges, data results, and conclusions for strontium analysis going forward. Aptim Federal Services, LLC (APTIM) prepared this technical memorandum for the U.S. Department of the Navy (Navy) under the Radiological Environmental Multiple Award Contract, Contract Number N62473-17-D-0006, Contract Task Order N6247318F5065.

## 1.1    Purpose

The purpose of this technical memorandum is to provide background, an overview of the strontium analyses over the course of the Parcel G project, and to consolidate data and decisions into one document. This technical memorandum provides several lines of evidence supporting the Navy's decision to analyze project samples for TBS using the Eurofins-TestAmerica Standard Operating Procedure (SOP) No. ST-RC-0058, "Sample Preparation for Strontium-89, Strontium-90 and Total Strontium Using Extraction Chromatography" (Eichrom method; or equivalent) and compare TBS results to the Sr-90 remedial goal (RG) for project decisions.

## 1.2    Timeline

Table 1 provides a timeline of strontium-related occurrences, including meetings, requests for information, data submittals, and decisions.

## 1.3    Technical Memorandum Organization

This technical memorandum is organized as follows:

- Section 1.0, "Introduction"—provides an introduction, purpose, timeline, and the document organization.

- Section 2.0, "Background"—discusses the presence of strontium at Parcel G, the Parcel G Sr-90 RG, the history of strontium analytics at HPNS, and provides definitions of decision level concentration (DLC) and total propagated uncertainty (TPU).

- Section 3.0, "Strontium Analytical Methods and Results"—discusses the two strontium analytical methods used for the Parcel G project and associated results.

- Section 4.0, "Validation Study for the Eichrom Method"—provides an overview and summary of the TBS and Sr-90 method validation studies performed for the Eichrom method, as well as the blind study performed using performance evaluation (PE) samples prepared by a third party.

- Section 5.0, "Verification Study for EPA Method 905"—provides an overview and summary of the TBS and Sr-90 method verification studies performed for EPA Method 905.

- Section 6.0, "Summary and Conclusions"—provides the summary and conclusions of this technical memorandum.

- Section 7.0, "References"—includes a list of documents used to compile this technical memorandum.

- Appendices A through F—responses to regulatory agency comments, the TBS method validation study report for the Eichrom method, the Sr-90 method validation study report for the Eichrom method, the Eichrom method blind study report, the Sr-90 and TBS method verification study report for EPA Method 905, and the laboratory reports for all project samples are included as Appendices A, B, C, D, E, and F.

# 2.0    Background

This section provides the background for Sr-90 at Parcel G, discussion of the Sr-90 RG, a brief history of strontium analytics at HPNS, and radiochemistry basics to facilitate understanding of technical matters discussed in this technical memorandum.

## 2.1    Strontium at Parcel G

Strontium-90 is widely dispersed in the environment from atmospheric testing of nuclear weapons in the 1950s and 1960s. Historical Navy use of radiological materials at HPNS included materials associated with shipyard operations, the Naval Radiological Defense Laboratory, and ship decontamination and maintenance procedures. Sr-90 at HPNS included radio luminescent devices and radiation detection equipment check sources (Naval Sea Systems Command 2004). Navy operations ceased at HPNS in 1974, at which time the Navy leased the facilities to private tenants and Navy-related entities, the largest of which was Triple A Machine Ship, Inc., for ship repair operations. The Navy resumed operation of HPNS in 1986, when HPNS was assigned as an annex to Naval Station Treasure Island. Shipyard operations were permanently terminated on December 29, 1989.

Radiologically-impacted soil sites at Parcel G include the sanitary sewers and storm drains (SS/SDs), the Building 351A crawlspace, and the former Buildings 317/364/365 site (CH2M Hill, Inc. 2019). The *Historical Radiological Assessment, Hunters Point Annex, Volume II, History of the Uses of General Radioactive Material 1939–2003* (Naval Sea Systems Command 2004) lists the following radionuclides of concern for each soil site:

- SS/SDs: cesium-137 (Cs-137), radium-226 (Ra-226), Sr-90
- Former Building 317/364/365 site: Cs-137, Plutonium-239, Ra-226, Sr-90, Uranium-235
- Building 351A crawlspace: Cs-137, Plutonium-239, Ra-226, Sr-90, Thorium-232

## 2.2    Strontium-90 Remedial Goal

The *Final Record of Decision for Parcel G, Hunters Point Shipyard, San Francisco, California* (Navy 2009) presents the Sr-90 RG for soil as 0.331 picocurie per gram (pCi/g). The Sr-90 RG is based on residential land use. The Sr-90 RG is conservative and represents a target lifetime cancer risk in the $10^{-8}$ range (i.e., a probability of only

one person getting cancer in 100,000,000 potentially exposed individuals). A lifetime cancer risk of $10^{-8}$ is two orders of magnitude more conservative, therefore more health protective, than the lower end of the EPA's acceptable target lifetime cancer risk management range of $10^{-4}$ (1 in 10,000) to $10^{-6}$ (1 in 1,000,000) as stated in Title 40 Code of Federal Regulations (CFR) Section 300.430(e)(2)(i)(A)(2). The CFR states the $10^{-6}$ risk probability threshold shall be used as the point of departure (that is, the conservative default risk threshold) for determining RGs, further indicating that the HPNS Sr-90 RG is very conservative and more protective of health by two orders of magnitude (or 100-fold). As the conservative default risk threshold of $10^{-6}$ already represents a very low risk probability, use of a $10^{-8}$ risk threshold for setting the RG represents an extremely low risk probability. It is noted that a cumulative cancer risk (potentially associated with all six radiological COPCs at the site, including Sr-90) includes all six COPCs listed in the *Final Record of Decision for Parcel G, Hunters Point Shipyard, San Francisco, California* (Navy 2009), and that the cancer risk for Sr-90 ($10^{-8}$) is one portion/contributor to the overall cancer risk that has been calculated for the site. The estimated risk for Sr-90 is lower than the EPA's regulatory point of departure ($10^{-6}$) by a factor of 100.

For final data evaluation, HPNS uses point-by-point comparison of sample results with the RG to make project decisions for remediation, rather than sample averages as prescribed in *Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM)* (MARSSIM; EPA et al. 2000). This approach means that each sample result is directly compared to the RG on a point-by-point, not-to-exceed basis, and one elevated sample result triggers remedial action. In MARSSIM, radiological surveys are designed to include a statistically calculated number of samples sufficient to meet the project objectives. The data are collected and then statistically evaluated based on survey units. The data from survey units are averaged and compared to the action level to determine if further remedial action is required. The point-by-point approach used at HPNS is more conservative than the statistical evaluations outlined in MARSSIM, where data are compared to action levels based on survey unit averages.

## 2.3 History of Strontium Analytics at Hunters Point Naval Shipyard

Strontium has several radioactive isotopes. The longest-lived of these isotopes are Sr-90 (half-life of 28.8 years), strontium-89 (Sr-89) (half-life of 51 days), and Sr-85 (half-life of 65 days). Other strontium isotopes have half-lives shorter than 50 days, and most are under 100 minutes. Sr-85 is typically used in medicine and biology research,

and Sr-89 is a product of nuclear fission and is used in medical cancer treatments. Sr-90 is a radioactive isotope of strontium produced by nuclear fission. Sr-90 undergoes beta decay into yttrium-90 (Y-90), which has a half-life of 64 hours.

Historically at HPNS, the Navy analyzed 10 percent of soil samples for TBS, which includes the strontium isotopes (Sr-85, Sr-89, Sr-90), due to the unlikelihood of Sr-85 or Sr-89 to be present (because of their very short half-lives) and the laboratory variability that can occur when attempting to remove strontium isotopes from a soil sample. Since at least 2009, strontium was analyzed as TBS by a procedure based on U.S. Environmental Protection Agency (EPA) Method 905. If TBS was detected above the RG, the result was confirmed with isotopic Sr-90 analysis using EPA Method 905.

The radionuclide of concerns (ROCs) for Parcel G SS/SDs are Ra-226, Cs-137, and Sr-90. Cs-137 and Sr-90 are fission products and are often observed together. As stated in Parent Work Plan Section 5.4 (CH2M Hill, Inc. 2019), Cs-137 is considered to be the indicator for fission product radionuclides with Navy Radiological Defense Laboratory activities. The *Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM)* (MARSSIM; EPA et al. 2000) Section 4.3.2 provides justification for the use of surrogates, such as the use of a measured Cs-137 concentration as a surrogate for Sr-90. If an established ratio between radionuclides does not exist, MARSSIM recommends that at least 10 percent of the final status survey measurements (both direct measurements and samples) include analyses for ROCs. The Navy has historically used this approach for SS/SD removal sites as well as other areas where both Cs-137 and Sr-90 are ROCs.

Isotopic Sr-90 analysis was specified in the *Preliminary Draft Work Plan for Radiological Data Evaluation and Confirmation Survey, Former Hunters Point Naval Shipyard, San Francisco, California* (CH2M Hill, Inc. 2017), changing the analysis from TBS to Sr-90. This basewide version of the work plan preceded the parcel-specific work plans. The *Final, Revision 1, Parcel G Removal Site Evaluation Work Plan Addendum, Former Hunters Point Naval Shipyard, San Francisco, California* (WPA; APTIM 2020) included EPA Method 905.

## 2.4    Radiochemistry Basics: Type I and II Errors, Decision Level Concentration, Uncertainty

This subsection serves as an introduction to measurable quantities terminology that is referred to in this document, as well as *Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM)* (MARSSIM; EPA et al. 2000) and *Multi-Agency*

*Radiological Laboratory Analytical Protocols Manual (MARLAP)* (MARLAP; EPA et al. 2004) guidance for optimal decision making based on measurable quantities.

## 2.4.1    Type I and II Errors

In the context of radioactivity detection decisions, two types of decision errors are considered: a Type I error and a Type II error. A Type I error is made by rejecting the null hypothesis when the hypothesis is true (i.e., a "false rejection" or "false positive") to conclude that a sample contains radioactivity when it does not. A Type II error is made by failing to reject the null hypothesis when it is false (i.e., a "false acceptance" or "false negative") to conclude that a sample does not contain radioactivity when it does.

## 2.4.2    Decision Level Concentration

The DLC is sometimes called the "critical value" or "critical level." When an analyte detection decision is required, the decision is made by comparing the gross signal, net signal, or measured analyte concentration to its corresponding critical value.

The DLC is the minimum measured value (of the instrument signal or the analyte concentration) required to give confidence that a positive (nonzero) amount of analyte is present in the sample (MARLAP, Chapter 20). The DLC is the concentration of analyte at (or above) which a decision is made that the analyte is present.

Expressed in a different manner, DLC is the minimum concentration at which activity is detected in a sample and there is a 5 percent probability of reporting false positives in a sample with no activity (defined as a Type I error). The Type I error (false positive) is typically established as 5 percent.

Minimum detectable concentration (MDC) is the minimum detectable value of the analyte concentration in a sample that gives a specified probability that the observable measurement result will exceed its critical value (i.e., that the material analyzed is not blank). MDC is the *a priori* activity level that a specific instrument and technique can be expected to detect 95 percent of the time and is based on Type I and Type II errors. The MDC is typically twice as large as the DLC.

MARSSIM states that:

> "during survey design, it is generally considered good practice to select a measurement system with a Minimum Detectable Concentration (MDC) between 10%-50% of the [Derived Concentration Guideline Level] DCGL [action level]."

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

2.0 Background

MARLAP clarifies this statement and relates it back to the question of quantification by stating that the MDC should be 10 percent to 50 percent of the action level which also implies that the relative standard deviation is approximately 10 percent of the concentration needing to be quantified (MARLAP, Appendix C). As an estimate, the MDC can be assumed to be about twice the DLC being reported; therefore, DLC values of 5 percent to 25 percent of the action level are suggested. Applying this guidance for the HPNS Sr-90 RG of 0.331 pCi/g, DLC ideally ranges from 0.017 to 0.083 pCi/g. Due to the low radiological RGs at HPNS, the suggested DLC ranges are not always achievable due to practical laboratory limitations.

### 2.4.3    Total Propagated Uncertainty

Laboratory measurements involve uncertainty, which must be considered when analytical results are used as part of a basis for making decisions. The uncertainty of a measured value gives a bound for the likely size of the measurement error (MARLAP Chapter 19). There are usually two uncertainty values associated with a measurement: counting uncertainty and TPU. The general term "sample uncertainty" or "uncertainty" usually refers to TPU; the terms are used interchangeably and, in this document, uncertainty and TPU are equivalent. MARLAP also calls this the "combined standard uncertainty" (MARLAP, Chapter 19).

Uncertainty is expressed in the form of estimated standard deviation (sigma) called the standard uncertainty. Standard deviation is a measurement of how much a datum varies from the average. When a data set is plotted on a normal distribution curve (bell curve), one standard deviation (1-sigma) defines the region that includes approximately 68 percent of all data points. When reporting a result, the uncertainty may be multiplied by a coverage factor to produce an expanded uncertainty, increasing the probability (referred to as coverage probability) that the measurand will be contained within the reported uncertainty range. When the distribution of a measured result is approximately a normal distribution, an expanded uncertainty calculated for a coverage probability of approximately 95 percent is called "2-sigma" and is two standard deviations of the distribution of the measured result. Likewise, "3-sigma" is used for expanded uncertainty calculated for approximately 99.7 percent coverage probability.

Counting uncertainty of a radiation measurement is the component of uncertainty caused by the random nature of radioactive decay and radiation counting.

TPU is a combination of the count uncertainty with other random and systematic uncertainties associated with the method. Such random and systematic uncertainties

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

2.0 Background

may include the relative fractional uncertainty related to the counting efficiency (calibration), volume measurement (aliquotting), chemical/tracer yield, and others. These are propagated into the overall uncertainty using a square root of the sum of the squares function:

$$TPU = \sqrt{(CU)^2 + (TPUFact * A)^2}$$

Where CU is the absolute counting uncertainty (at 1-sigma), TPUFact is the relative (%) combined random and systematic uncertainties (at 1-sigma), and A is the measured activity concentration of the sample. The TPU is normally reported at a coverage factor of 2-sigma.

Potential contributing factors to uncertainty may include (but not necessarily limited to):

- Reagents other than the deionized (DI) water used in the method (for example acids, carriers, etc).
- Possible incorporation/adsorption of radon from the air into the sample during latter precipitation steps.
- Potential of the detector background to be elevated slightly during the actual sample count (compared to the long background subtraction used for the calculation).

The detailed laboratory TPU calculations for TBS and Sr-90 are shown as follows:

<u>TBS TPU</u>

$$TPU = \sqrt{(CU)^2 + (AR_E)^2 + (AR_V)^2 + (AR_S)^2 + (AS_P)^2}$$

Where:

CU      counting uncertainty of the sample

A       activity concentration in the sample

$R_E$     the relative fractional random uncertainty associated with the counting efficiency. The predominant uncertainty in the efficiency is related to the NIST (National Institute of Standards and Technology)-traceable standard. This is certified to be ≤4% at the 3-sigma level. In addition, prepared standards are counted to achieve a 1% (1-sigma) uncertainty. $R_E$ is estimated to be 0.025.

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

2.0 Background

$R_V$     the relative fractional random uncertainty associated with the volume measurement. Sample aliquots are measured with graduated cylinders, calibrated pipettes, and/or an analytical balance having an uncertainty of <1%, $R_V$ is estimated to be 0.01.

$R_S$     the relative fractional random uncertainty associated with the strontium carrier yield. Vendor carrier standards are certified at ±0.5%. Precipitates are measured with an analytical balance at an uncertainty of <0.5%. $R_S$ is estimated to be 0.01.

$S_P$     the relative fractional systematic uncertainty of the procedure. $S_P$ is estimated to be 0.02.

The projected TBS TPU (1-sigma) would be:

$$TPU = \sqrt{(CU)^2 + (0.035 * A)^2}$$

Sr-90 TPU

$$TPU = \sqrt{(CU)^2 + (AR_E)^2 + (AR_V)^2 + (AR_S)^2 + (AR_Y)^2 + (AS_P)^2}$$

Where:

CU     counting uncertainty of the sample

A     activity concentration in the sample

$R_E$     the relative fractional random uncertainty associated with the counting efficiency. The predominant uncertainty in the efficiency is related to the NIST (National Institute of Standards and Technology)-traceable standard. This is certified to be ≤4% at the 3-sigma level. In addition, prepared standards are counted to achieve a 1% (1-sigma) uncertainty. $R_E$ is estimated to be 0.025.

$R_V$     the relative fractional random uncertainty associated with the volume measurement. Sample aliquots are measured with graduated cylinders, calibrated pipettes, and/or an analytical balance having an uncertainty of <1%, $R_V$ is estimated to be 0.01.

$R_S$     the relative fractional random uncertainty associated with the strontium carrier yield. Vendor carrier standards are certified at ±0.5%. Precipitates are measured with an analytical balance at an uncertainty of <0.8%. $R_S$ is estimated to be 0.01.

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

2.0 Background

$R_Y$     the relative fractional random uncertainty associated with the yttrium carrier yield. Vendor carrier standards are certified at ±0.5%. Precipitates are measured with an analytical balance at an uncertainty of <0.8%. $R_Y$ is estimated to be 0.015.

$S_P$     the relative fractional systematic uncertainty of the procedure. $S_P$ is estimated to be 0.025.

The projected Sr-90 TPU (1-sigma) would be:

$$TPU = \sqrt{(CU)^2 + (0.041 * A)^2}$$

In theory, longer sample count durations will lower the relative uncertainty and DLC. However, for Sr-90 (based upon the Y-90 daughter) there becomes a point of diminishing returns due to the relatively short half-life of the Y-90 daughter. In addition, the extra chemistry (and thus lower overall carrier yields) and the decay of Y-90 before (and during) counting lead to higher relative uncertainty and detection limit (fractional decay factor in the denominator increases the uncertainty/detection limit).

The best relative uncertainty can be achieved using TBS analysis with a 14-day ingrowth. After 14 days ingrowth, for every one Sr-90 decay there will be two beta emissions (one for Sr-90 and one for Y-90) leading to an ingrowth factor of two in the denominator. This results in lower relative uncertainty and DLC.

Uncertainty, like DLC, varies for each sample analyzed and is calculated for each reported result. A target TPU of 10 to 30 percent of the action limit is desirable for project decisions (MARLAP, Chapter 3). Applying this guidance for the HPNS Sr-90 RG of 0.331 pCi/g, TPU ideally ranges from 0.033 to 0.099 pCi/g. Due to the low radiological RGs at HPNS, the suggested TPU ranges are not always achievable due to practical laboratory limitations. The laboratory conformed to the provided project goals for uncertainty and took actions such as suggesting an alternative analysis method (i.e., the Eichrom method) to achieve the project goals.

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

3.0 Strontium Analytical Methods and Results

# 3.0     Strontium Analytical Methods and Results

This section describes two different analytical methods used by the Parcel G project for strontium analysis:

- Eurofins-TestAmerica SOP No. ST-RC-0050, "Aqueous and Soil Sample Preparation for Strontium-89, Stronitum-90 and Total Strontium" (EPA Method 905)

- Eurofins-TestAmerica SOP No. ST-RC-0058, "Sample Preparation for Strontium-89, Strontium-90 and Total Strontium Using Extraction Chromatography" (Eichrom method)

The WPA (APTIM 2020) included EPA Method 905 as the Sr-90 sample preparation method. In October 2021, the Eichrom method was added to the WPA by Field Change Request (FCR)-006 to achieve lower DLC and uncertainty to provide more accurate results. In June 2022, FCR-007 revised the analytical protocol to include analysis of TBS using the Eichrom method and comparing the TBS result to the Parcel G Sr-90 RG for project decisions; TBS results above the Parcel G Sr-90 RG trigger confirmation by isotopic Sr-90 analysis. FCR-007 was issued because the laboratory determined the Eichrom method produced Sr-90 results that were consistently biased high due to interference from lead-210 (Pb-210) (and therefore daughter product bismuth-210 [Bi-210]) being retained on the extraction column resin during analysis. The presence of these beta emitters caused a high bias in the final Sr-90 result. Due to ongoing challenges analyzing isotopic Sr-90 and the consistent biased high Sr-90 results, in November 2022, the Navy approved FCR-007 Revision 1, which removed the requirement for isotopic Sr-90 analysis to confirm potential strontium exceedances. Per FCR-007 Revision 1, solely TBS results are used to make project decisions. The documents and strontium analytical procedures are summarized as follows:

| Date | Document | Strontium Analytical Protocol |
|---|---|---|
| July 2020 | WPA | Sr-90 analysis using EPA Method 905 |
| October 2021 | FCR-006 | Sr-90 analysis using Eichrom method |
| June 2022 | FCR-007 | TBS analysis using Eichrom method, confirm potential exceedances with Sr-90 analysis using Eichrom method |
| Pending | FCR-007, Revision 1 | TBS analysis using Eichrom method (no confirmation step, TBS results are the final results) |

DCN: APTM-0006-5065-0134

Table 2 includes the strontium analytical results for this project, which are discussed in the following subsections, including:

- Sr-90 results using the EPA Method 905

- TBS results using the EPA Method 905

- Sr-90 results using the Eichrom method

- TBS results using the Eichrom method

- Sr-90 results using the Eichrom method, SOP Revision 9

Project samples were collected from September 28, 2020, through December 10, 2021. For the radiochemical methods, the site soil samples are prepared using the following steps prior to subsampling for analysis:

1. Samples are dried in drying ovens for a minimum of eight hours.

2. After drying, rolling rocks are placed into a 1-gallon paint can and rolled on the ball mill for a minimum of eight hours for disaggregation and homogenization.

3. Rolling rocks are removed and the homogenized sample is used for analysis.

After this preparation, the sample is considered homogenized to the extent practicable, ensuring representative sub-samples.

## 3.1    EPA Method 905

EPA Method 905 was originally written for drinking water samples and modified for soil sample analysis. The method uses a strong acid digestion of a small soil aliquot (1 gram), and then a series of manual wet chemistry separation steps with precipitation and dissolution to separate strontium (radio-strontium and stable strontium) from various natural or man-made interferences. The final precipitate is dried on a planchet and counted for TBS (if reporting TBS) or Y-90 (if reporting Sr-90) using a gas flow proportional counter (GFPC).

Sample preparation for Sr-90 analysis includes several precipitation and chemistry cleanup steps. Following a seven-day Y-90 (Sr-90 daughter product) ingrowth period to approach secular equilibrium with Sr-90, the Y-90 is precipitated from the aliquot and plated on the planchet. Once plated, there is limited time to count the Y-90 due to its short half-life (approximately 64 hours). TBS and Sr-90 can be analyzed from the same

sample aliquot if it is known both analyses are required when the aliquot is initially prepared.

### 3.1.1    Results

A total of 788 Sr-90 analyses and 234 TBS analyses were performed by EPA Method 905; this total includes field duplicates and sample replicates (Table 2).

Based on historical practices at HPNS, initially, 41 project samples were analyzed for TBS using EPA Method 905 for samples collected September through October 2020. There were no detections over the Parcel G Sr-90 RG (0.331 pCi/g), and the DLCs and TPUs were low. For these initial 41 samples, the DLCs ranged from 0.039 to 0.068 pCi/g, approximately 12 to 20 percent of the RG, and the TPUs ranged from 0.049 pCi/g to 0.079 pCi/g, approximately 15 to 24 percent of the RG, within the MARSSIM and MARLAP guidance target ranges, as discussed in Sections 2.4.1 and 2.4.2.

Starting November 2020, after reevaluating the *Final Parcel G Removal Site Evaluation Work Plan, Former Hunters Point Naval Shipyard, San Francisco, California* (CH2M Hill, Inc. 2019) requirements, sample analysis was switched to isotopic Sr-90 analysis to comply with the work plan. Immediately, within the first few batches of sample data using the isotopic Sr-90 analysis, very low Sr-90 detections, just above the RG, were observed in project samples. Of the 788 samples analyzed for Sr-90 with EPA Method 905, there were 62 samples with concentrations above the RG. Concentrations above the RG ranged from 0.333 to 1.02 pCi/g. With the isotopic Sr-90 analysis, DLCs and TPUs increased significantly from TBS analysis. From the 788 samples analyzed for Sr-90 using EPA Method 905, DLCs ranged from 0.053 to 1.3 pCi/g, approximately 16 to 400 percent of the RG, with 99.6 percent (785 samples) above the MARSSIM and MARLAP guidance target range, as discussed in Section 2.4.1. TPUs ranged from 0.049 pCi/g to 1.2 pCi/g, approximately 15 to 350 percent of the RG, with 99.9 percent (787 samples) above the MARSSIM and MARLAP guidance target range, as discussed in Section 2.4.2. Table 3 summarizes DLC and TPU ranges, MARSSIM/MARLAP guidance target ranges, and the numbers of samples above the target ranges.

Upon receiving the first results potentially exceeding the Parcel G Sr-90 RG in January 2021, the Navy initiated an investigation to review historic information to determine if the original SS/SD removal action excavations (performed by a previous Navy contractor) reported strontium detections. According to the *Final Removal Action Completion Report, Parcel G, Hunters Point Naval Shipyard, San Francisco, California* (Tetra Tech

EC, Inc. 2011), the original SS/SD excavations had no strontium detections above the Parcel G Sr-90 RG[1]. The SS/SD trenches were backfilled with radiologically-cleared soil and/or clean import material; some trenches, such as Trench Unit (TU) TU 77 and TU 103, were backfilled entirely with clean import material. The previous Navy contractor sampled the import material for strontium; four samples were collected and Sr-90 results ranged from -0.003 to 0.041 pCi/g, below the RG (Tetra Tech EC, Inc. 2011). Under this Parcel G project, there are 16 sample results potentially exceeding the Parcel G Sr-90 RG from TU 77 and four sample results potentially exceeding the Parcel G Sr-90 RG from TU 103 (Table 2).

### 3.1.2    Additional Aliquots

In late January 2021, the Navy requested the laboratory analyze four additional aliquots from each sample with elevated Sr-90 results to determine if the Sr-90 result was reproducible. The Navy analyzed additional aliquots because the potential exceedances were unexpected due to the material sampled. In the first few elevated sample results, potential exceedances were detected in the project sample (HPPG-ESU-124A-021) but not the laboratory replicate sample (HPPG-ESU-TU124A-021LR), and potential exceedances were detected in samples collected from TUs that were entirely backfilled with clean, sampled fill imported from an off-site source.

As explained in Section 3.1, the laboratory was not able to reanalyze the original aliquot for confirmation because of the 64-hour Y-90 decay period. Therefore, the four additional aliquots (quadruplicates) were required to provide additional Sr-90 data from the original homogenized soil sample. Quadruplicate sample aliquots each from 39 samples were analyzed for TBS first, followed by Sr-90 specific analysis using the same soil aliquot to confirm the detections, resulting in the analysis of 156 additional sample aliquots. The detected Sr-90 concentrations in the 39 original samples ranged from 0.334 to 1.02 pCi/g. Table 4 shows the results for the 39 original samples and the 156 quadruplicate analyses. The original detections are not confirmed by the quadruplicate analysis of TBS. Because TBS analysis includes all strontium isotopes, if TBS is not detected in the sample, isotopic Sr-90 cannot be present. There was one detection of

---

[1] It is recognized that this Tetra Tech EC, Inc.  reference document may include falsified information and Tetra Tech EC, Inc.'s radiological work at HPNS is the subject of ongoing litigation. This reference is included as one of the lines of evidence that indicated the strontium sample results were not expected based on previous information.

TBS in sample HPPG-F-089 over the RG; however, this detection was not confirmed with the follow-up isotopic Sr-90 analysis. Several Sr-90 detections in the quadruplicate analysis were not confirmed with the initial TBS analysis. The results from the quadruplicate analysis indicate a possible random low-level interference in the Sr-90 specific analysis. Although EPA Method 905 is designed to remove potential interferents, the wet chemistry process is complex and is dependent upon complete chemical reactions and laboratory analyst skill. The quadruplicate results indicate EPA Method 905 is not reliable or reproducible at very low decision levels, such as the HPNS Sr-90 RG. The high uncertainty in the isotopic Sr-90 analysis indicates a potential for bias and error at the decision level.

### 3.1.3    Laboratory Quality Control Samples

The laboratory analyzes quality control (QC) samples including method blank samples and laboratory replicate samples. Method blank sample 160-495823/16-A reported a Sr-90 result of 0.3349 pCi/g, above the Parcel G Sr-90 RG. Method blank samples consist of DI water and do not contain radionuclides. Method blank detection may indicate potential bias and/or interference in the analytical method. Because the Parcel G Sr-90 RG is low, it is important to account for bias observed in the analytical method as demonstrated in high method blank results. Method blank detections indicate further action may be warranted, such as application of a method blank population correction.

Three laboratory replicate samples (HPPG-ESU-TU077D-001LR, HPPG-SFU-TU124A-001LR, and HPPG-F-103LR) reported results exceeding the Parcel G Sr-90 RG. The corresponding project samples and quadruplicate sample aliquots did not exceed the Parcel G Sr-90 RG (Table 4). Laboratory sample HPPG-F-103LR was a replicate of project Sample ID HPPG-F-103, which was a field duplicate of project Sample ID HPPG-ESU-TU069B-001. Sample ID HPPG-ESU-TU069B-001 also did not exceed the Parcel G Sr-90 RG (Table 4). As previously noted, the reported detections of Sr-90 in QC samples but not parent samples or the quadruplicate samples suggest that interferences may be present.

### 3.1.4    Recounted Samples

In addition to quadruplicate reanalysis, the Navy requested the laboratory recount samples with results above the Parcel G Sr-90 RG immediately, within the Y-90 decay time. A result from the GFPC recount of the same sample planchet should be comparable to the original result. Thirty-five samples with initial Sr-90 results potentially exceeding the RG were recounted by the laboratory (Table 5). Thirty-two out of

35 recounted samples (91 percent) did not confirm the original detections (i.e., were below the RG); 28 recounted samples did not have positive Sr-90 detections above the DLC. Two recounts were greater than the original result. However, the uncertainty in the original result and recounts were high for the 35 samples, with a maximum uncertainty of 0.515 pCi/g, which is 160 percent greater than the RG. The recount results indicate non-reproducible detections and possible interference. The high uncertainty in results indicate a potential bias and error at the RG.

## 3.2    Eichrom Method

Strontium analysis by extraction chromatography method preparation uses a strong acid digestion of a 2.5-gram aliquot of soil, compared to the 1-gram aliquot used for EPA Method 905. Following digestion, the separation and isolation of radio-strontium is accomplished with a strontium-specific ion chromatography resin column. The strontium binds to the resin allowing for the separation from natural or manufactured interferences with various rinse solutions. The final column elution is precipitated and counted for TBS or Y-90 (if reporting Sr-90) using GFPC. The Eichrom preparation method provides lower DLCs and TPU, which will allow for more reliable decisions at the Parcel G Sr-90 RG.

After discussions with the laboratory and the Navy, the Eichrom method was added to the WPA (APTIM 2020) by FCR-006, which was reviewed by the regulatory agencies and approved by the Navy on October 18, 2021. FCR-006 was issued to revise the strontium analytical method from EPA Method 905 to the Eichrom method to achieve lower DLCs and TPU, and to provide reliable and accurate results.

### 3.2.1    Strontium-90 Results

Following Navy approval of FCR-006, samples previously analyzed for Sr-90 using EPA Method 905 were reanalyzed for Sr-90 using the Eichrom method. A total of 950 samples were analyzed for Sr-90 using the Eichrom method from November 2021 to March 2022 (Table 2). DLCs and TPUs were lower using this method compared to Sr-90 analysis using EPA Method 905. DLCs ranged from 0.0039 to 0.11 pCi/g, approximately 1 to 34 percent of the RG, and TPUs ranged from 0.046 to 0.12 pCi/g, approximately 14 to 37 percent of the RG (Table 3). Approximately 1.8 percent of the samples were above the MARSSIM and MARLAP guidance target ranges for DLC and TPU, reduced from over 99 percent with the EPA Method 905 for Sr-90 analysis (Table 3). Sr-90 detections above the RG were again observed in sample results; however, the detections were not consistent with previous Sr-90 results using EPA

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

3.0 Strontium Analytical Methods and Results

Method 905. Of the 950 Sr-90 results, 66 samples had concentrations above the RG, with concentrations ranging from 0.331 to 0.500 pCi/g (Table 2).

The Eichrom method Sr-90 detections above the RG did not correlate with results from previous Sr-90 or TBS analyses using EPA Method 905. Eichrom method Sr-90 analysis reported results above the Parcel G Sr-90 RG in TUs 98, 107, and 153, which previously had no results exceeding the Sr-90 RG using EPA Method 905. Eight samples from TU 77 (consisting of clean import fill from the previous SS/SD removal action project) reported Sr-90 results above the RG. Based on the inconsistencies, the Navy, Navy's contractor, and the laboratory initiated an investigation into potential interferences. A literature search produced several technical articles, including one by the EPA, which identified the potential for naturally occurring lead-210 (Pb-210) and its daughter Bi-210 to cause interference if the rinse solution or Y-ingrowth were not conducted properly (EPA 2014). After the laboratory investigated this possibility, it was determined Pb-210/Bi-210 interference was likely causing high bias in the Sr-90 analysis. The laboratory identified the Y-90 ingrowth step as the source for Pb-210/Bi-210 growing back into the Sr-90 fraction of the analysis. The presence of these beta emitters caused a high bias in the final Sr-90 GFPC results.

Although lower DLCs and TPUs were achieved using the Eichrom method for Sr-90, a high bias due to the presence of Pb-210/Bi-210 was observed. The 950 Sr-90 results analyzed using the Eichrom method are not usable for decision making purposes due to the interference.

The laboratory was able to demonstrate the interference by counting TBS from the same sample aliquot used for Sr-90 analysis. In the Eichrom method, TBS is eluted from the resin, separating the TBS sample fraction from Pb-210 in the sample prior to Y-90 ingrowth, and therefore eliminating the potential for interference when counting for TBS. Thirty-nine planchets were recounted for TBS. As shown in Table 6, no TBS was detected in samples previously reported with elevated Sr-90. If TBS is not detected in the sample, then isotopic Sr-90 cannot be present. Therefore, isotopic Sr-90 detected in the sample must be from interference. Because the Pb-210 interference was introduced in the Y-90 ingrowth step, a step that is not required for TBS analysis, the Pb-210/Bi-210 interference impacted the Sr-90 analysis only; TBS analysis by the Eichrom method does not have a high bias due to interferents. To address the high bias due to interferents in Sr-90 Eichrom method analysis, the laboratory revised the Eichrom method SOP to include an additional rinse step to remove Bi-210 that may be present. The laboratory issued SOP Revision 9 to include the additional step. The Pb-210/Bi-210 interference, Sr-90 and TBS results, and SOP Revision 9 were

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

3.0 Strontium Analytical Methods and Results

presented to the regulatory agencies in a meeting on March 17, 2022. The Navy also provided a status update to the regulatory agencies during the April 7, 2022, Base Closure Team meeting. Table 1 provides additional meetings and data requests details.

To address the challenges with analyzing isotopic Sr-90, FCR-007, reviewed by the regulatory agencies and approved by the Navy on June 10, 2022, was issued to revise the analysis protocol from Sr-90 to TBS. TBS results above the Parcel G Sr-90 RG trigger confirmation by isotopic Sr-90 analysis. This change was made because TBS includes beta-emitting strontium isotopes and the analysis requires fewer sample preparation steps, leading to lower DLC and TPUs, and eliminating potential interferents such as Pb-210/Bi-210. Eichrom method SOP Revision 9 was also included in FCR-007.

Due to the timing of Sr-90 analyses, Eichrom method SOP revisions, and the issuance of FCR-007, 49 samples were analyzed for Sr-90 using SOP Revision 9. These samples were already in process when FCR-007 was approved, which changed the protocol from Sr-90 analysis to TBS analysis. The results for these 49 samples are included in Table 2. The SOP Revision 9 Sr-90 results range from -0.0677 to 0.2210 pCi/g, below the Parcel G Sr-90 RG. These results do not have a high bias due to Pb-210/Bi-210; however, a high bias is still observed compared to the TBS results.

### 3.2.2    Total Beta Strontium Results

Following Navy approval of FCR-007, samples previously analyzed for Sr-90 using the Eichrom method (including the 49 samples analyzed using Eichrom method SOP Revision 9) were analyzed for TBS with the Eichrom method. A total of 1,017 samples were analyzed for TBS using the Eichrom method from March to July 2022. Due to the timing of various strontium analyses and changes in analytical procedures as samples were being analyzed, not all samples were analyzed for Sr-90 with the Eichrom method, which is why there are 1,017 TBS results and 999 Sr-90 results (950 Sr-90 samples with the original Eichrom method SOP and 49 Sr-90 samples with the Eichrom method SOP Revision 9). No additional soil samples were collected from the site; project samples were collected from September 28, 2020, through December 10, 2021.

Of the 1,017 samples analyzed for TBS with the Eichrom method, no samples exceeded the Parcel G Sr-90 RG (0.331 pCi/g). There were no positive TBS detections above the DLC in 894 of 1,017 samples analyzed. Low-level detections were reported in 123 samples, ranging from 0.0225 to 0.094 pCi/g, an order of magnitude below the RG. DLCs ranged from 0.0096 to 0.11 pCi/g, approximately 3 to 32 percent of the RG, and

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

3.0 Strontium Analytical Methods and Results

TPUs ranged from 0.0091 to 0.091 pCi/g, approximately 3 to 28 percent of the RG (Table 3). One sample (0.098 percent) was above the MARSSIM and MARLAP guidance target range for DLC; no samples (0 percent) were above the MARSSIM and MARLAP guidance target range for TPU (Table 3). In addition to eliminating the possibility of interference from Pb-210 (and daughters), the TBS process provides lower TPUs and DLCs for sample results. The lower TPU/DLC allows for more confidence in decisions when comparing results at the RG.

DCN: APTM-0006-5065-0134

# 4.0    Validation Study for the Eichrom Method

Because of the challenges experienced with strontium analysis methods and the changes in analytical protocol captured in FCR-007, the regulatory agencies requested the Navy perform a study to confirm the accuracy of the Eichrom method. The regulatory agencies also requested the Navy perform a blind study of the Eichrom method as an additional quality assurance (QA)/QC measure.

Based on these requests, the Navy performed the following studies:

- A MARLAP-style method validation study for TBS analysis using the Eichrom method

- A MARLAP-style method validation study for Sr-90 analysis using the Eichrom method

- A blind study using PE samples prepared by a third party (Eckert & Ziegler Analytics [EZA]) at concentrations unknown to the laboratory and to the Navy

The studies were based on the approach outlined in MARLAP Table 6.1. Sections 4.1 and 4.2 include summaries of the validation studies of TBS and Sr-90, respectively. Appendices B and C include the full reports and laboratory results. Section 4.3 includes a summary of the blind study. Appendix D includes the full report and laboratory results.

## 4.1    MARLAP-Style Method Validation Studies for the Eichrom Method

The objective of the method validation studies was to validate that the Eichrom method provides accurate results for analyzing soil samples with known Sr-90 concentrations below, at, and above the 0.331 pCi/g Parcel G Sr-90 RG.

In accordance with MARLAP protocols summarized in MARLAP Table 6.1, a Validation Level C study was selected because use of the Eichrom method on this project is considered a new application of a validated method (previously validated for a different project) due to different measurement quality objectives, including a lower RG. For each study, the laboratory analyzed five replicate samples at three levels (15 samples total), one set (five replicate samples) of a method blank (DI water), and one set (five replicate samples) of a matrix blank for a total of 25 samples. The acceptance criteria of this validation study are stipulated in MARLAP Table 6.1 and were reviewed with the regulatory agencies in two meetings held on June 23, 2022, and July 14, 2022. For

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

4.0 Validation Study for the Eichrom Method

Validation Level C study, the acceptance criteria are that the measured values must be within either of the following:

- ±2.9$\mu_{MR}$ (absolute method uncertainty) of the known spiked values

- ±2.9$\varphi_{MR}$ (relative method uncertainty) of the known spiked values

### 4.1.1    Total Beta Strontium Method Validation Study Results

The laboratory analyzed five replicate method blank samples (DI water) to test for absolute bias. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test of the method blank results. The Student's t-test determined there is no absolute bias in the analytical method.

The laboratory analyzed five replicate matrix blank samples to test for relative bias. The matrix is Mixed Analyte Performance Evaluation Program (MAPEP) U.S. Department of Energy soil (MAPEP 38) with no measured Sr-90. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test of the matrix blank results. Results of the Student's t-test determined there is a relative bias in the matrix. Testing for relative bias provides information for reviewing project sample analytical results relative to the matrix used in the study and does not necessarily mean the project sample results will be biased. Attachment 1 to the report in Appendix B provides Z-scores for informational purposes. The absolute values of each matrix blank sample's Z-score is less than 3, meaning zero is bounded, and suggests that the Sr-90 content in the matrix blank (MAPEP 38 soil) is minimal, if present.

The laboratory analyzed five replicate samples at three levels (15 samples total). Five replicate samples were spiked at 0.164 pCi/g; five samples were spiked at 0.331 pCi/g; and five replicate samples were spiked at 0.991 pCi/g. Appendix B includes analytical results. The five samples at each spike concentration passed the MARLAP acceptance criteria.

Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test for each concentration level to test for bias at each spike level to evaluate whether there is an "overall" method bias for the entire concentration range based on a false rejection rate. Results of the Student's t-test indicate there is no relative bias at Spike Level 1 (0.164 pCi/g) and Spike Level 2 (0.331 pCi/g), and there is a relative bias at Spike Level 3 (0.991 pCi/g). While there is slight low bias at the 0.991 pCi/g activity level, there is no significant bias seen at the action level. Thus, the project can have confidence that analyte activity seen in samples

DCN: APTM-0006-5065-0134

above the action level is truly present. While relative bias exists at Spike Level 3, the bias did not impact the sample results as demonstrated by the sample results passing the MARLAP acceptance criterion.

The data indicate the Eichrom method for soil analysis of TBS with a 2.5-gram aliquot using SOP ST-RC-0058 meets MARLAP method validation requirements. The data demonstrate that the Eichrom method achieves project objectives for DLC, uncertainty, and bias over the range of activity potentially to be seen at Parcel G.

## 4.1.2    Strontium-90 Method Validation Study Results

The laboratory analyzed five replicate method blank samples (DI water) to test for absolute bias. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test of the method blank results. Results of the Student's t-test did not detect an absolute bias; however, while the Student's T value is just below the critical value (|T| = 2.7717, compared to a critical value of 2.776), the method does appear to exhibit a relatively significantly high bias relative to the project's low action limit of 0.331 pCi/g.

To account for the bias, the laboratory proposed a method blank population correction to the results as outlined in Section 1.5.2.1 of the *Quality Systems Manual for Environmental Laboratories* (U.S. Department of Defense 2021) and The NELAC Institute *2009 Laboratory Standards, Volume 1: Management and Technical Requirements for Laboratories Performing Environmental Analysis* (2009). Typically, a minimum of 20 method blanks are used to determine the average bias concentration. However, only five samples are available from this study, with a method blank average activity of 0.0845 pCi/g.

The laboratory analyzed five replicate matrix blank samples to test for relative bias. The matrix is MAPEP 38 soil with no measured Sr-90. The matrix blank results were corrected using method blank population correction. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test of the corrected matrix blank results. Results of the Student's t-test determined there is no relative bias in the matrix.

The laboratory analyzed five replicate samples at three levels (15 samples total). Five replicate samples were spiked at 0.164 pCi/g; five samples were spiked at 0.331 pCi/g; and five replicate samples were spiked at 0.991 pCi/g. Appendix C includes analytical results. With the exception of one replicate at Spike Level 2 (0.331 pCi/g), the five

samples at each spike concentration passed the MARLAP acceptance criteria when the method blank population correction is applied.

Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A, the laboratory performed a Student's t-test for each concentration level to test for bias at each spike level to evaluate whether there is an "overall" method bias for the entire concentration range based on a false rejection rate. Results of the Student's t-test indicate there is no relative bias at Spike Levels 1 and 2, and there is a relative bias at Spike Level 3 in the method blank population subtraction results. While relative bias exists, the bias did not impact the sample results as demonstrated by the sample results passing the MARLAP acceptance criterion.

The results indicate the Eichrom method for soil analysis of Sr-90 with a 2.5-gram aliquot meets MARLAP method validation requirements when the method blank population correction subtraction is applied. The laboratory report states there is a high bias at all three spike levels and the project shall determine if the high bias is acceptable.

Based on the method validation results for Sr-90 (Appendix C), Sr-90 analysis is not the recommended analytical protocol for evaluating Sr-90 in project soil for two key reasons:

- Sample results require a method blank population correction due to a high bias in the method.
- One sample replicate at Spike Level 2 failed the acceptance criteria; as Spike Level 2 is set at the Parcel G action level, it is critical for project decisions that reported results pass acceptance criteria at this concentration. The high bias is not acceptable for this project.

## 4.2    Blind Study Using Performance Evaluation Samples

In March 2023, the regulatory agencies (EPA, California Department of Toxic Substances Control, and California Department of Public Health [CDPH]) requested a blind study of the Eichrom method as an additional QA/QC measure. The objective of the blind study was to verify that the Eichrom method accurately measured low TBS concentrations through analysis of PE samples prepared by a third party (EZA) at concentrations unknown to the laboratory and to the Navy (i.e., a blind study).

FCR-008 (APTIM 2023) describes the PE sample blind study approach. The Navy procured five PE samples prepared by EZA, which were shipped directly to the laboratory. EZA prepared the PE samples at concentrations within the same order of magnitude as the Parcel G Sr-90 RG (0.331 pCi/g); however, the exact concentrations were unknown to both the analytical laboratory and the Navy until after analysis.

The laboratory analyzed the PE samples for TBS using the Eichrom method and the MARLAP-style Eichrom method validation study acceptance criterion (discussed in Section 4.1 of this technical memorandum) was applied to this blind PE sample study. All five PE samples passed the MARLAP acceptance criteria. Appendix D includes analytical results.

The data indicate the Eichrom method for soil analysis of TBS passes the MARLAP-style Eichrom method validation study acceptance criterion at concentrations within the same order of magnitude of the Parcel Sr-90 RG.

# 5.0     Verification Study for EPA Method 905

The regulatory agencies requested the Navy perform method verification studies for TBS and Sr-90 using EPA Method 905. The objective of the studies was to verify that EPA Method 905 can accurately and precisely measure low concentrations of TBS and Sr-90 and provide low enough DLCs and TPUs for project decisions. FCR-008 (APTIM 2023) was prepared to outline the data quality objectives (DQOs) for the study. Similar to the MARLAP-style method validation studies performed for the Eichrom method (Section 4.1 of this technical memorandum), the Navy performed two verification studies:

- One study for TBS analysis using EPA Method 905

- One study for Sr-90 analysis using EPA Method 905.

The studies were performed in accordance with FCR-008 (APTIM 2023), which describes method verification protocols and approach. The studies performed using EPA Method 905 are referred to as verification studies, rather than validation studies, because the EPA Method 905 study approach was based on the MARLAP-style validation studies performed for the Eichrom study (Section 4.1; Appendices B and C), and also included additional DQOs developed with input from the regulatory agencies.

The Navy consulted with the regulatory agencies 1) in a meeting held on July 19, 2023 and 2) through regulatory agency review and comment resolution of FCR-008 (APTIM 2023), to discuss and establish the number of spike samples and spike concentrations, and to review acceptance criteria (also referred to as DQOs) which the sample results were compared to prior to beginning the verification study. In agreement with the Navy and regulatory agencies, the laboratory spiked samples at the two levels: 0.166 pCi/g (at approximately one half of the Sr-90 RG) and 0.331 pCi/g (at the Sr-90 RG).

The DQOs for these studies were established in FCR-008 and are as follows:

1. If one or more of the verification samples fails the criterion used in the MARLAP-style Eichrom method validation study criterion (±3.0 × 10 percent of known spiked concentration [$\mu_{MR}$]), then the method fails the verification test, and the method is deemed to not be accurate or reproducible at the spiked concentration.

2. If four or more of the method and/or matrix blank samples (n = 20 samples) have a positive (false) Sr-90 and/or TBS detection above the DLC, then the method is

deemed to not be accurate at this concentration range and the method fails the test.

3. The laboratory will calculate the TPU as defined by MARLAP and compare it to the Navy's required method uncertainty that was used in the MARLAP style Eichrom method validation study for TBS ($\mu_{MR}$). The comparison of the calculated method uncertainty to the required method uncertainty will reveal if the method can be expected to reliably produce data that can be used to make decisions for this RG and decision rule. If the calculated method uncertainty is greater than the required method uncertainty used in the validation of the Eichrom method (10 percent of observed activity), then it is reasonable to conclude that EPA Method 905 should not be expected to reliably produce data that can be used to make decisions for this RG and decision rule, and then the method fails the verification test.

4. If the verification samples pass the criteria noted above, then the method passes the verification test and the results, along with other lines of evidence, will be evaluated in a verification study document to determine if EPA Method 905 is usable for measuring Sr-90 and/or TBS concentrations at or below the RG.

Per FCR-008 (APTIM 2023), the laboratory analyzed the following:

- 10 replicate verification samples at two levels (20 samples total)
- 10 replicate samples of a method blank (DI water; no measurable Sr-90)
- 10 replicate samples of a matrix blank for a total of 40 samples

The samples were analyzed for Sr-90 and TBS, for a total of 80 analyses. The spike matrix for the replicate verification samples was certified MAPEP 38 soil with no measured Sr-90, the same matrix used for the MARLAP-style Eichrom method validation study (Section 4.1 of this technical memorandum). The spiked verification samples were spiked with Sr-90 by the laboratory Technical Director, witnessed by the laboratory QA Manager, and were blind to the laboratory analyst. The verification studies are summarized in Sections 5.1 and 5.2; Appendix E includes the full report and laboratory results.

## 5.1 Total Beta Strontium Method Verification Study Results

The TBS method verification study results are summarized as follows and compared to the DQOs in each respective subsection.

### 5.1.1        Data Quality Objective 1—Verification Samples

The laboratory analyzed 10 replicate verification samples at two levels (20 samples total). Ten replicate verification samples were spiked at 0.166 pCi/g and 10 replicate verification samples were spiked at 0.331 pCi/g. Appendix E includes analytical results.

Of the 10 verification samples spiked at Spike Level 1 (0.166 pCi/g), one sample result failed to be within the acceptable concentration range (±3.0 x 10 percent of known spiked concentration [$\mu_{MR}$]). Of the 10 verification samples spiked at Spike Level 2 (0.331 pCi/g), two sample results failed to be within the acceptable concentration range (±3.0 x $\mu_{MR}$).

Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test to test for bias at each concentration level. The Student's t-test was performed to evaluate whether there is an 'overall' method bias for the entire concentration range based on a false rejection rate. Results of the Student's t-test indicate there is no relative bias at Spike Levels 1 and 2.

Per FCR-008 DQO No. 1, if one or more verification samples fails the criterion used in the MARLAP-style Eichrom method validation study criterion (±3.0 × $\mu_{MR}$), then method fails the verification test, and the method is deemed to not be accurate or reproducible at the spiked concentration. Based on the three failures at two sample levels, EPA Method 905 fails the verification test for TBS analysis at this concentration range.

### 5.1.2        Data Quality Objective 2—Method and Matrix Blanks

The laboratory analyzed 10 replicate method blank samples (DI water; no measurable Sr-90) to test the method for absolute bias. Three of the 10 method blank sample results had TBS activity greater than the DLC, constituting three positive (false) results. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test of the method blank results. Results of the Student's t-test did not detect an absolute bias for the method.

The laboratory analyzed 10 replicate matrix blank samples to test for relative bias. The matrix is MAPEP 38 soil with no measured Sr-90. Six of the 10 matrix blank sample results exhibited TBS results greater than the DLC, constituting six positive (false) results. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test of the matrix blank results. Results of the Student's t-test determined there is a bias in the matrix with the Student's T above the critical value (|T| = 3.2673, compared to a critical value of 2.262).

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

5.0 Verification Study for EPA Method 905

Per FCR-008 DQO No. 2, if four or more or the method and/or matrix blank samples have a positive (false) TBS detection above the DLC, then the method is deemed to not be accurate at this concentration range and the method fails the verification test. Nine of the 20 method and matrix blank samples produced positive (false) results for TBS; therefore, EPA Method 905 fails the verification study for TBS analysis at this concentration range.

### 5.1.3     Data Quality Objective 3—Uncertainty

Per FCR-008 DQO No. 3, if the calculated method uncertainty (TPU) is greater than the required method uncertainty used in the validation of the Eichrom method ($\mu_{MR}$,10 percent of observed activity), then it is reasonable to conclude that EPA Method 905 should not be expected to reliably produce data that can be used to make decisions for this RG and decision rule, and then the method fails the verification test. The laboratory calculated the method uncertainty (TPU) as defined by MARLAP and compared it to the Navy's required method uncertainty ($\mu_{MR}$) that was used in the MARLAP-style Eichrom method validation study for TBS (EPA et al. 2004). The calculated TPU is greater than the required method uncertainty for all 10 verification samples at Spike Level 2 (0.331 pCi/g). Therefore, EPA Method 905 fails the verification study for TBS analysis at this concentration.

### 5.1.4     Data Quality Objective 4—Verification Samples

Per FCR-008 DQO No. 4, if the verification samples pass the DQO No. 1, 2, and 3, then the method passes the verification test and the results. As summarized in Sections 5.1.1, 5.1.2, and 5.1.3, EPA Method 905 fails the verification study for TBS analysis at this concentration range.

### 5.1.5     Conclusions

The data indicate that EPA Method 905 fails the verification study for TBS analysis at this concentration range based on the following:

- One or more Spike Level 1 and 2 verification sample results outside the acceptable range

- Four or more false positive results in the 10 method blank samples and 10 matrix blank samples (20 samples total)

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

5.0 Verification Study for EPA Method 905

- The calculated TPU being greater than the required method uncertainty used in the validation of the Eichrom method ($\mu$MR; 10 percent of observed activity) for all Spike Level 2 samples

## 5.2    Strontium-90 Method Verification Study Results

The Sr-90 method verification study results are summarized as follows and compared to the DQOs in each respective subsection.

### 5.2.1    Data Quality Objective 1—Verification Samples

The laboratory analyzed 10 replicate verification samples at two levels (20 samples total). Ten replicate verification samples were spiked at 0.166 pCi/g and 10 replicate verification samples were spiked at 0.331 pCi/g. Appendix E includes analytical results.

Of the 10 verification samples spiked at Spike Level 1 (0.166 pCi/g), five sample results failed to be detected within the acceptable concentration range ($\pm 3.0$ x $\mu$MR). Of the 10 verification samples spiked at Spike Level 2 (0.331 pCi/g), seven sample results failed to be detected within the acceptable concentration range ($\pm 3.0$ x $\mu$MR).

Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test to test for bias at each concentration level. The Student's t-test was performed to evaluate whether there is an 'overall' method bias for the entire concentration range based on a false rejection rate. Results of the Student's t-test indicate there is a relative bias at Spike Level 1 (0.166 pCi/g) and no relative bias at Spike Level 2 (0.331 pCi/g).

Per FCR-008 DQO No. 1, if one or more verification samples fails the criterion used in the MARLAP-style Eichrom method validation study criterion ($\pm 3.0 \times \mu$MR), then method fails the verification test, and the method is deemed to not be accurate or reproducible at the spiked concentration. Based on the 12 failures at two sample levels, EPA Method 905 fails the verification test for Sr-90 analysis at this concentration range.

### 5.2.2    Data Quality Objective 2—Method and Matrix Blanks

The laboratory analyzed 10 replicate method blank samples (DI water; no measurable Sr-90) to test the method for absolute bias. Six of the 10 method blank sample results had Sr-90 activity greater than the DLC, constituting six false positive (fail) results. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test of the method blank results. Results

DCN: APTM-0006-5065-0134

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

5.0 Verification Study for EPA Method 905

of the Student's t-test detected an absolute bias with the Student's T above the critical value (|T| = 3.4573, compared to a critical value of 2.262).

The laboratory analyzed 10 replicate matrix blank samples to test for relative bias. The matrix is MAPEP 38 soil with no measured Sr-90. Six of the 10 matrix blank sample results exhibited Sr-90 results greater than the DLC, constituting six positive (false) detections. Following MARLAP guidance provided in Section 6.6.4 and Attachment 6A (EPA et al. 2004), the laboratory performed a Student's t-test of the matrix blank results. Results of the t-test determined there is a bias in the matrix with the Student's T above the critical value (|T| = 2.4416, compared to a critical value of 2.262).

Per FCR-008 DQO No. 2, if four or more or the method and/or matrix blank samples have a positive (false) Sr-90 detection above the DLC, then the method is deemed to not be accurate at this concentration range and the method fails the verification test. Twelve of the 20 method and matrix blank samples produced positive (false) results for Sr-90; therefore, EPA Method 905 fails the verification study for Sr-90 analysis at this concentration range.

### 5.2.3     Data Quality Objective 3—Uncertainty

Per FCR-008 DQO No. 3, if the calculated method uncertainty (TPU) is greater than the required method uncertainty used in the validation of the Eichrom method ($\mu_{MR}$,10 percent of observed activity), then it is reasonable to conclude that EPA Method 905 should not be expected to reliably produce data that can be used to make decisions for this RG and decision rule, and then the method fails the verification test. The laboratory calculated the method uncertainty (TPU) as defined by MARLAP and compared it to the Navy's required method uncertainty ($\mu_{MR}$) that was used in the MARLAP-style Eichrom method validation study for TBS (EPA et al. 2004). The calculated TPU is greater than the required method uncertainty for all 10 verification samples at Spike Level 2 (0.331 pCi/g). Therefore, EPA Method 905 fails the verification study for Sr-90 analysis at this concentration range.

### 5.2.4     Data Quality Objective 4—Verification Samples

Per FCR-008 DQO No. 4, if the verification samples pass the DQO Nos. 1, 2, and 3, then the method passes the verification test and the results. As summarized in Sections 5.2.1, 5.2.2, and 5.2.3, EPA Method 905 fails the verification study for Sr-90 analysis at this concentration range.

DCN: APTM-0006-5065-0134

# 6.0    Summary and Conclusions

This section discusses the technical memorandum summary and conclusions.

## 6.1    Summary

EPA Method 905 is not appropriate for Sr-90 analysis for soil at HPNS due to the very low Sr-90 RG (0.331 pCi/g). Soil samples analyzed for Sr-90 using EPA Method 905 had higher-than-expected DLCs and TPUs, which may have contributed to false positives and non-reproducible results. Using EPA Method 905, 99.6 percent of the Sr-90 samples were above the MARSSIM and MARLAP guidance target range for DLC and 99.9 percent of the Sr-90 samples were above the MARSSIM and MARLAP guidance target range for TPU. Sr-90 results analyzed using EPA Method 905 reported potential RG exceedances in samples not expected to contain Sr-90, including samples collected from trenches backfilled entirely with clean, sampled material imported from an off-site source. Potential Sr-90 exceedances were also detected in laboratory QC samples. EPA Method 905 Sr-90 results exceeding the Sr-90 RG were not confirmed by analyzing additional aliquots collected from the same sample or by recounting the sample planchet.

Project samples were reanalyzed for Sr-90 using the Eichrom method. While the Eichrom method did achieve lower DLCs and TPUs, a Pb-210/Bi-210 interference was discovered leading to a high bias in the reported results. The interference is introduced in the Y-90 ingrowth step, a step that is not required for TBS analysis. The Pb-210/Bi-210 interference impacted the Sr-90 analysis only; TBS analysis by Eichrom does not have a high bias due to interference. The Eichrom method SOP was revised to address the Pb-210/Bi-210 interference; however, a high bias is still observed when the Sr-90 results are compared to the TBS results.

Project samples were reanalyzed for TBS using the Eichrom method. With the exception of one sample (0.098 percent of samples), all the samples were within the MARSSIM and MARLAP guidance target ranges for DLC and TPU (Table 3). Of the 1,017 samples analyzed for TBS with the Eichrom method, no samples exceeded the Sr-90 RG (0.331 pCi/g).

The Navy performed the following studies to confirm the accuracy of the Eichrom method:

- A MARLAP-style method validation study for TBS analysis

- A MARLAP-style method validation study for Sr-90 analysis

- A blind study for TBS analysis using PE samples prepared by a third party (EZA) at concentrations unknown to the laboratory and to the Navy

The Eichrom method was successfully validated for TBS analysis (Section 4.1.1 of this technical memorandum, Appendix B). The Eichrom method was also validated for Sr-90 analysis, but only when a method blank population correction is applied to the sample results (Section 4.1.2 of this technical memorandum, Appendix C). All five PE samples passed the acceptance criteria for the blind study for TBS analysis using the Eichrom method. Based on the method validation and blind studies, Sr-90 analysis using the Eichrom method is not the recommended analytical protocol for evaluating Sr-90 in project soil for two key reasons:

- Sr-90 sample results require a method blank population correction due to a high bias in the method.

- One Sr-90 sample replicate at Spike Level 2 failed the acceptance criteria; as Spike Level 2 is set at the Parcel G RG, it is critical for project decisions that reported results pass acceptance criteria at this concentration; the high bias is not acceptable for this project.

Because Sr-90 analysis is more complex than TBS analysis, it requires several additional chemical preparation steps in the laboratory; and the results require a method blank population subtraction, adding additional method blank sample analysis and data processing. TBS analysis using the Eichrom method includes isotopic Sr-90, is a simpler process in the laboratory, and was validated for all replicates at all concentrations with no additional corrections; TBS analysis using the Eichrom method is therefore the recommended analytical protocol and is consistent with the protocol outlined in FCR-007.

The Navy performed two method verification studies, both using EPA Method 905:

- One study for TBS analysis

- One study for Sr-90 analysis

The data indicate that EPA Method 905 fails the verification studies for both Sr-90 and TBS analyses at this concentration level because the method failed the agreed upon acceptance criteria outlined in FCR-008 (APTIM 2023).

## 6.2      Conclusions

At HPNS, the Navy will analyze project samples for TBS by Eichrom method (or equivalent extraction method) and compare the TBS result to the Parcel G Sr-90 RG for project decisions. The rationale for evaluating TBS is based on the following:

- TBS analysis for soil samples is consistent with historical practices at HPNS.

- TBS includes additional potential beta-emitting strontium isotopes and is therefore more conservative than Sr-90. Sr-89 has a short half-life (50.5 days) and is not expected to be present in HPNS samples.

- There is precedent for using TBS results for isotopic Sr-90 results. As stated in the EPA guidance document (*Rapid Radiochemical Method for Total Radiostrontium (Sr-90) In Building Material for Environmental Remediation Following Radiological Incidents* [EPA 2014]), which is applicable to soil per Section 1.6, if Sr-89 can be excluded, TBS provides an isotopic Sr-90 result. Section 11.3.1.2 states: "If the presence of Sr-89 can be excluded, total radio-strontium will provide isotopic Sr-90 results and the STS [sample test source] may be counted after preparation (taking into account the appropriate increase in activity due to Y-90 ingrowth)."

- Even if Sr-89 was present, TBS is more conservative because it includes potential beta-emitting strontium isotopes (i.e., Sr-89, Sr-90). If TBS is below the RG, then Sr-90 must also be below the RG. This is not unlike the Safe Drinking Water Act allowance for the use of total alpha-emitting radium isotopes in the place of Ra-226 for compliance purposes.

- The achievable DLC and TPU for TBS will be lower (by as much as a factor of 2 or more) than for Sr-90 because the overall chemical yield, decay factor, and ingrowth factor for TBS can be higher than that for Sr-90 analysis. These factors are included in the laboratory calculations for DLC and TPU.

- TBS analysis by the Eichrom method was successfully validated at concentrations below, at, and above the Sr-90 RG (Section 4.0). The Navy is confident TBS analysis can accurately measure Sr-90 at low concentrations.

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

6.0 Summary and Conclusions

Results from project samples analyzed for Sr-90 and TBS using EPA Method 905 are not usable for project decisions due the following rationale:

- HPNS has a very low Sr-90 RG (0.331 pCi/g) requiring an accurate, precise and reproducible analytical method at that concentration range.

- Soil samples analyzed for Sr-90 by EPA Method 905 had higher-than-expected DLCs and TPUs, which may have contributed to false positives and non-reproducible results.

- EPA Method 905 failed the verification studies for TBS and Sr-90 at the HPNS Sr-90 RG concentration, demonstrating EPA Method 905 is not a reliable Sr-90 or TBS method at very low concentration ranges around the Sr-90 RG (0.331 pCi/g).

Results from project samples analyzed for Sr-90 by the Eichrom method are not usable for project decisions due to the following rationale:

- The 950 samples analyzed for Sr-90 using the original Eichrom SOP had a demonstrated interference causing a high bias; many of these results were rejected by the third-party data validator as shown on Table 2.

- The laboratory issued Eichrom SOP Revision 9 to address the interference; however, the results of the Sr-90 MARLAP-style method validation study show a consistent high bias in the results requiring a method blank population correction.

Results from project samples analyzed for TBS using the Eichrom method are usable for project decisions due to the following rationale:

- TBS is a conservative measurement of Sr-90 because it includes additional strontium radioisotopes in the reported strontium concentration.

- DLC and TPUs are relatively low and within the MARLAP guidance range.

- TBS analysis using the Eichrom method passed the MARLAP-style method validation study.

- TBS analysis using the Eichrom method passed the blind study using PE samples prepared by a third-party (EZA) at concentrations unknown to the laboratory and the Navy.

DCN: APTM-0006-5065-0134

pts

Technical Memorandum: Strontium Analysis
Parcel G
Former Hunters Point Naval Shipyard, San Francisco, CA

6.0 Summary and Conclusions

Table 7 provides the final project sample results for TBS by Eichrom method. A total of 1,017 soil samples were analyzed for TBS using the Eichrom method. None of the samples exceeded the Parcel G Sr-90 RG (0.331 pCi/g). There were no positive TBS detections above the DLC in 894 of 1,017 samples (88 percent) analyzed (i.e., TBS was not detected). A total of 123 samples exhibited TBS activity with concentrations ranging from 0.0225 to 0.0941 pCi/g, an order of magnitude below the Parcel G Sr-90 RG (0.331 pCi/g).

DCN: APTM-0006-5065-0134