UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY et al.,<br><br>Defendants. | Case No. 3:24-cv-3899-VC<br><br>**DECLARATION OF DAVID MITCHELL IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, David Mitchell, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am a Trial Attorney for the United States Department of Justice and am counsel of record for Defendants Department of the Navy and United States Environmental Protection Agency ("EPA") in this action. I submit this declaration in support of the Federal Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

2. A true and correct copy of the Federal Facility Agreement for Naval Station Treasure Island-Hunters Point Annex is attached as Exhibit A.

3. A true and correct copy of EPA's Comprehensive Five-Year Review Guidance, OSWER No. 9355.7-03B-P, is attached as Exhibit B.

Executed October 31, 2024, in Washington, D.C.

By: _____
DAVID MITCHELL