Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW
ENVIRONMENTAL LAW CLINIC
434 Law Building, UC Berkeley Law
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

LUCY E. BROWN (HI Bar #10946)
DAVID D. MITCHELL (IL Bar #6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165 (Mitchell)
Fax: (202) 514-8865
lucy.e.brown@usdoj.gov
david.mitchell@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY et al.,<br><br>Defendants. | Case No. 3:24-cv-3899-VC<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Under Civil Local Rule 6-1(b) and the Standing Order for Civil Cases Before Judge Vince Chhabria, paragraph 14, Plaintiff and Defendants (together, the "Parties") stipulate to and request an order from the Court to continue the initial case management conference to February 7, 2025, with the joint case management statement and Federal Rule of Civil Procedure ("Rule") 26(a) initial disclosures due January 31, 2025, and Rule 26(f) deadline on January 17, 2025, or the next available dates thereafter.  The initial case management conference is currently scheduled for November 22, 2024.

The parties previously stipulated to and this Court ordered to continue the initial case management conference from September 27, 2024, to November 22, 2024.  ECF No. 14.  The Parties also stipulated to extend Defendants' responsive pleading deadline from September 16, 2024, to October 30, 2024.  ECF No. 15.  There have been no other extensions of time in this case.

On October 18, 2024, Plaintiff filed the First Amended Complaint.  ECF No. 16.  On November 1, 2024, Defendants filed a motion to dismiss the First Amended Complaint with a noticed hearing date on January 23, 2025.  ECF No. 21.  The motion, if granted in full, would be dispositive.  The stipulated new date for the initial case management conference, February 7, 2025, is 15 days after the noticed hearing date.  The Parties believe it would serve judicial economy for the Court to receive full briefing and conduct the motion hearing before holding the initial case management conference.  If Defendants' motion is not granted in full, this case may require review of some claims based on the administrative record, and discovery under the Rules for others, depending on which claims remain.  It would be in the interests of the Parties and judicial economy to address this issue, on which the Parties may disagree, based on the claims that move forward in the case, if any.

To do so, the Parties request that the Court enter an order continuing the initial case management conference as requested above.

                                                      Respectfully Submitted,

Dated: November 1, 2024                _/s/ with permission_
                                                     Steven J. Castleman
                                                     Berkeley Law Environmental Law Clinic
                                                     434 Law Building, UC Berkeley Law
                                                     Berkeley, CA 94704
                                                     Tel: (510) 664-4761
                                                     scastleman@clinical.law.berkeley.edu

                                                     Attorney for Plaintiff
                                                     Greenaction for Health and Environmental Justice

Dated: November 1, 2024                _/s/ David Mitchell_
                                                     DAVID D. MITCHELL
                                                     LUCY E. BROWN
                                                     United States Department of Justice
                                                     Environment & Natural Resources Division
                                                     Environmental Defense Section

                                                     _Counsel for Defendants_

## FILING ATTESTATION

I attest that the signing counsel for Plaintiff concurs in filing this document.

Dated: November 1, 2024                _/s/ David Mitchell_
                                                     DAVID D. MITCHELL
                                                     United States Department of Justice
                                                     Environment & Natural Resources Division
                                                     Environmental Defense Section

Second Stipulation and Proposed Order to
Continue Case Management Conference
Case No. 3:24-cv-3899-VC                                                                                                 3

## PROPOSED ORDER

Based on stipulation and for good cause shown, the initial case management conference currently scheduled for November 22, 2024, is continued to February 7, 2025.  The joint case management statement and initial disclosures are due January 31, 2025.  The Federal Rule of Civil Procedure 26(f) conference deadline is January 17, 2025.

**IT IS SO ORDERED**

Dated: _____          _____

                                                                    Vince Chhabria
                                                                    United States District Judge