Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW
ENVIRONMENTAL LAW CLINIC
434 Law Building, UC Berkeley Law
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

LUCY E. BROWN (HI Bar #10946)
DAVID D. MITCHELL (IL Bar #6302250)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165 (Mitchell)
Fax: (202) 514-8865
lucy.e.brown@usdoj.gov
david.mitchell@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY et al.,<br><br>Defendants. | Case No. 3:24-cv-3899-VC<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE** |

Under Civil Local Rule 6-1(b), Plaintiff and Defendants stipulate to and request an order from the Court to modify the briefing schedule for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21) with Plaintiff's opposition brief due on December 6, 2024, and Defendants' reply brief due on December 20, 2024. The current deadlines are November 15, 2024, for Plaintiff's opposition and November 22, 2024, for Defendants' reply. The motion hearing is scheduled for January 23, 2025.

Plaintiff requests the additional time to evaluate Defendants' request for judicial notice of specific facts and to evaluate Defendants' arguments. Furthermore, the pedagogic model of Plaintiff's lead counsel, Berkeley Law's Environmental Law Clinic, is to include law students in all aspects of representation, including motions practice, which requires accommodating an academic calendar and necessitates a modest amount of additional time.

Defendants request an additional week for their reply in light of counsel's case-related obligations in other matters and to allow for the necessary review by the client agencies and within the U.S. Department of Justice.

Respectfully Submitted,

Dated: November 7, 2024

*/s/ with permission*
Steven J. Castleman
Berkeley Law Environmental Law Clinic
434 Law Building, UC Berkeley Law
Berkeley, CA 94704
Tel: (510) 664-4761
scastleman@clinical.law.berkeley.edu

Attorney for Plaintiff
Greenaction for Health and Environmental Justice

Dated: November 7, 2024               /s/ David Mitchell
                                                                     DAVID D. MITCHELL
LUCY E. BROWN
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

*Counsel for Defendants*

## FILING ATTESTATION

I attest that the signing counsel for Plaintiff concurs in filing this document.

Dated: November 7, 2024               /s/ David Mitchell
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

## PROPOSED ORDER

Based on stipulation and for good cause shown, the briefing schedule for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21) is modified as follows: Plaintiff's opposition brief is due December 6, 2024; Defendants' reply brief is due December 20, 2024.

**IT IS SO ORDERED**

Dated: _____  _____
Vince Chhabria
United States District Judge