**EXHIBIT 1**

**HPNS PARCEL MAP**

**Exhibit 1: HPNS Parcel Map**



AR 0000060