Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW ENVIRONMENTAL LAW CLINIC
354 Law Building
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, a military department and agency of the United States; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States government agency,<br><br>　　　　　　　　Defendants. | Civil No. 3:24-cv-03899 (VC)<br><br>**DECLARATION OF BRADLEY ANGEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　Honorable Vince Chhabria<br>Date:　　December 4, 2025<br>Time:　　10:00 A.M.<br>Court:　　4, 17th Floor |

　　　　I, Bradley Angel, do hereby declare as follows:

1.　　I am a resident of San Mateo County, California, am over the age of 18, and am

competent to give this declaration.

2. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the truth of these facts.

3. I am a co-founder of Greenaction for Health and Environmental Justice ("Greenaction") and have been its Executive Director since its founding. Greenaction was founded in 1998 and is a non-profit public benefit corporation organized under the laws of California. Its principal place of business is in San Francisco, California. Greenaction's organizational purposes include mobilizing community power to change government and corporate policies and practices to protect human health and to promote environmental, social, economic, racial, and climate justice. Greenaction furthers its goals through education, community organizing, advocacy, and enforcement of environmental laws on behalf of itself and its members.

4. I provide strategic direction for Greenaction's activities aimed at achieving Greenaction's goals and direct all aspects of the organization's operations.

5. Greenaction has advocated for San Francisco's Bayview Hunters Point ("Bayview") neighborhood, a historically Black community overburdened by pollution adjacent to the Shipyard, since its founding.

6. Greenaction has been an active commenter on the Navy and EPA's cleanup activities at the Shipyard for many years.

7. Greenaction investigated the cleanup fraud committed by the Navy's contractor, Tetra Tech EC, Inc. ("Tetra Tech"), conducting numerous interviews of former radiation workers who participated in the fraud under Tetra Tech's supervision. On June 28, 2017, Greenaction filed a Petition with the Nuclear Regulatory Commission ("NRC") seeking to revoke Tetra Tech's

radioactive materials license, supported by statements under penalty of perjury by former Shipyard radiation cleanup workers.[1]

8. Greenaction's and its members have suffered injuries-in-fact that are fairly traceable to Defendants' conduct. The Navy and EPA have failed to conduct a cleanup at the Shipyard that complies with the law, regulations, and EPA guidance. Greenaction's members, supporters, and constituents fear that contamination will remain at the Shipyard as a result. Only full compliance with the law can ensure that Greenaction's members will be free of their concerns for their health and well-being from living near this Superfund site.

9. The Navy's prior delays in its five year reviews and its decision to delay the upcoming *Sixth Five Year Review* beyond its statutory deadline, delaying its accompanying protectiveness determinations, are yet another delay in the clean-up process that has negatively impacted Greenaction and its members for decades.

10. The Navy's failure to abide by its five-year review deadlines and ensure the reviews address all the applicable guidance documents has further harmed Greenaction members by delaying the publicly available information regarding the integrity of the Navy's clean-up decisions. This is subverting Greenaction's mission to protect the Bayview community and environment. As a consequence of Defendant's unlawful response actions, Greenaction has been compelled to expend resources, exclusive of this litigation, on gathering information and identifying alternative means of protecting the community, Bayview's environment and its members, which has diverted time and resources that could and would have been spent on other activities that are central to Greenaction's mission.

---

[1] Greenaction v. Tetra Tech, *10 CFR §2.206 Petition to Revoke Materials License No. 29-31396-01* (2017).

11.     Greenaction's involvement in the Shipyard cleanup has informed me about the Navy's inadequate, incomplete, and unlawful remediation of contamination at the Shipyard, which has made me anxious and fearful for current Bayview residents and future residents of the Shipyard, who may be exposed to toxic and radioactive contamination if the Navy fails to conduct a lawful cleanup. I will continue to remain anxious and fearful until the Navy completes a proper CERCLA cleanup that complies with the law's mandate for protection of human health and the environment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 24th day of July_, 2025 in San Francisco County, California.

*Bradley Angel*

_____
Bradley Angel