Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW ENVIRONMENTAL LAW CLINIC
354 Law Building
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, a military department and agency of the United States; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States government agency,<br><br>　　　　　　Defendants. | Civil No. 3:24-cv-03899 (VC)<br><br>**DECLARATION OF LEAOTIS MARTIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　Honorable Vince Chhabria<br>Date:　December 4, 2025<br>Time:　10:00 A.M.<br>Court:　4, 17th Floor |

I, Leaotis Martin, do hereby declare as follows:

1. I am a resident of San Francisco, California, am over the age of eighteen and competent to provide this declaration.

2. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the truth of these facts.

3. I have lived in the Bayview Hunters Point ("Bayview") neighborhood for more than sixty (60) years. Beginning in the 1970's, and continuing for more than a decade, my family lived across the street from the front gate to the Hunters Point Naval Shipyard ("Shipyard"). As a child, my friends, relatives, and I were routinely at the Shipyard. We explored it, hiked it, played on it, fished from it, and generally did "kid stuff" there. When necessary, we climbed fences to get to where we wanted to go. Since becoming an adult, I have moved to several other locations in the Bayview community, all of them near the Shipyard.

4. Until approximately eight (8) years ago, I was unaware of the Shipyard's history of toxic and radioactive contamination. I started to become aware after meeting Marie Harrison, a community activist and organizer for Greenaction for Health and Environmental Justice ("Greenaction"). She introduced me to the toxic legacy of the Shipyard and its contribution to the serious pollution in my neighborhood. On one hand, that awareness has been a primary motivating factor for my activism, which has led me to better know and understand my community and take action, through working with Greenaction and others in the community, to protect public health and well-being. On the other hand, my growing understanding of the impacts of pollution on my community, neighbors, and me has harmed me, as I have become increasingly concerned that Shipyard toxic exposures during my childhood and since have endangered my health. As I became more aware, I became more concerned about the pollution in

my neighborhood and began to make connections between illnesses suffered by members of my family, including my twin brother and my mom, and also including Marie Harrison, just three of those I have known who died prematurely from illnesses including heart disease, respiratory disease and cancer.

5. The radiological fraud wasted about a decade of work, delaying the proper clean-up of the radioactive and toxic contamination at the Shipyard, prolonging and exacerbating the harm to me and my community. Until the Shipyard is properly cleaned up, fear of additional toxic exposure will continue to be a presence in my life. I am concerned, like most everyone in my neighborhood, that I may get cancer or other diseases that will take my life prematurely, like too many people I have known who have succumbed.

6. For approximately the past eight (8) years, I have been a part-time contractor working for Greenaction, organizing on its behalf. For example, at Greenaction's urging, I began to interact with the many truck drivers who idle in the neighborhood to educate them about the dangers of exposure to diesel exhaust that can harm their health and the communities they idle in. These efforts have succeeded in getting many to stop idling, which decreases the danger of exposure to toxic diesel exhaust.

7. I have also been involved in Greenaction's efforts to make sure the Shipyard cleanup is done properly and promptly by participating in public meetings, and helping conduct outreach to Bayview residents about the health and environmental impacts of the contamination.

8. The Navy's botched cleanup has caused me, my family, and my community direct and actual harm. There is a widespread belief in the community, which I share, that the Shipyard's toxic and radioactive contamination is a major contributor to the illnesses suffered by members of my community.

3

9.  I have witnessed firsthand the strong, swirling winds that characterize the neighborhood. The wind spreads potentially contaminated dust from the Shipyard throughout the neighborhood. Until the cleanup is completed, I will be concerned that the wind may expose me and my community to potentially contaminated dust.

10. I feel betrayed that those with the responsibility of protecting my health by ensuring a complete, successful cleanup are failing to do so.

11. I fear that the longer the contamination remains, the more likely it could be mobilized by severe weather, like the "atmospheric river" storms of recent years, which flooded parts of the Shipyard. The possibility of other natural disasters, like earthquakes, adds to the ways contamination could be mobilized.

12. Other risks also concern me. For example, in the summer of 2000, the Parcel E landfill caught fire. The fire continued to burn underground for about a month, spewing oddly colored and noxious smoke into the air, making it hard to breathe, particularly for those with existing respiratory problems, including me. The only way to alleviate these concerns is to fully clean up the Shipyard.

13. I fear that future fires at this landfill, and at the Shipyard generally, will harm my health and the health of my loved ones. I also fear for the health and safety of future Shipyard residents, who may not be as aware of the history of Shipyard contamination as I am.

14. I am also concerned that global warming and rising groundwater and Bay levels could mobilize contaminants through flooding and inundation of the Parcel E landfill, adding to the risk to my health.

15. I rely on Greenaction to represent my recreational, aesthetic, educational, psychological, and conservational interests before agencies, the courts, and particularly in this action seeking to require that the Navy do a proper cleanup. Pursuant to 28 U.S.C. §

1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this ___25___ day of June 2025, in San Francisco, California.

LEAOTIS MARTIN