Claudia Polsky (CBN 185505)
Steven J. Castleman (CBN 95764)
BERKELEY LAW ENVIRONMENTAL LAW CLINIC
354 Law Building
Berkeley, CA 94704
Tel: (510) 664-4761
Email: scastleman@clinical.law.berkeley.edu

Michael R. Lozeau (CBN 142893)
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 84612
Tel: (510) 836-4200
Email: michael@lozeaudrury.com

Attorneys for Plaintiff Greenaction
for Health and Environmental Justice

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENACTION FOR HEALTH AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, a military department and agency of the United States; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States government agency,<br><br>　　　　　　　Defendants. | Civil No. 3:24-cv-03899 (VC)<br><br>**DECLARATION OF MISHWA LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　Honorable Vince Chhabria<br>Date:　December 4, 2025<br>Time:　10:00 A.M.<br>Court:　4, 17th Floor |

1

I, Mishwa Lee, do hereby declare as follows:

1.  I am a resident of San Francisco, California, over the age of eighteen and competent to provide this declaration.

2.  I have personal knowledge of the facts stated in this declaration and if called to testify I could and would competently testify to the truth of these facts.

3.  I have lived in the Bayview Hunters Point ("Bayview") neighborhood of San Francisco since the late 1980's.

4.  I have always walked the neighborhood, including the waterfront around what is now Heron's Head Park, and the former Hunters Point Naval Shipyard ("Shipyard"), although Shipyard fencing has made access more difficult. My son and his friends played regularly in the Shipyard, which I allowed, as we were unaware of the dangers of toxic and radioactive contamination there.

5.  I have long been concerned about my health and the health and well-being of my loved ones and community. Since moving to Bayview Hunters Point, my concerns have included the pollution burden on my community. I have become aware that it is overburdened by exposure to harmful pollution from historical practices that concentrated polluting industries in neighborhoods of color. I have known many family members, friends and acquaintances from Bayview who have suffered from disproportionate rates of illnesses compared to other San Francico communities, including heart disease, respiratory disease, and cancer. Too many have died prematurely. There is a widespread belief in my community, which I share, that the Shipyard's toxic and radioactive contamination is a major contributor to the illnesses suffered by community members.

6. I have taken many actions to improve the health and well-being of my community. For example, in the late 1990's I helped start a recycling program in the neighborhood. In 2010, I also helped create "Community Gardens," a cooperative garden that instructs and assists people about growing their own healthy food.

7. As a gardener, I have spent a lot of time outdoors in the community and witnessed firsthand the strong, swirling winds that spread dust from the Shipyard throughout the neighborhood. The delay in a proper cleanup from the fraud has needlessly prolonged exposure to the Shipyard's dust. Living near a Superfund site causes me great concern for my health.

8. The Navy's botched cleanup has caused me and my community direct and actual harm. For example, like many of my neighbors, I am a cancer survivor. I attribute Shipyard contamination to being at least partly responsible for my illness. I have spent significant amounts of money, time, and effort trying to protect my health, so I don't get sick again. I fear that continuing exposure to Shipyard dust may cause or contribute to a recurrence of my cancer. That fear can only be redressed when the Shipyard is properly cleaned up, as Greenaction has sought for decades.

9. Dust isn't my only concern. In August 2000, there was a fire at the Parcel E landfill. Although it appeared the fire was extinguished relatively quickly, in fact, an underground fire continued to smolder for about a month. It spewed oddly colored, foul-smelling smoke into the air, making it hard to breathe, particularly for those with respiratory problems. I

10. I worry that future fires at the landfill or at other Shipyard locations will harm my health and the health of my loved ones. The longer the contamination remains at the Shipyard, the more likely it is to be mobilized by severe weather, natural disasters like earthquakes, and accidents. I

3

also fear for the health and safety of future Shipyard residents, who may not be as aware as I am of the history of Shipyard contamination.

11. I am concerned that global warming and rising groundwater and Bay levels will also mobilize contaminants through flooding and inundation of the Parcel E landfill, adding to the risk to my health. I have already seen flooding occur on the Shipyard during severe storms.

12. I feel betrayed that those with the responsibility of protecting my health by ensuring a complete, successful cleanup are failing to do so.

13. As long as there is unremedied contamination at the Shipyard which may harm me and my community, I will continue to suffer fear, worry, anxiety, and other emotional and psychological harm. So will the rest of my community. Only a proper, competent, and complete cleanup can abate these harms.

14. I have worked with Greenaction for Health and Environmental Justice since the 1990s, when I participated in a successful campaign they took part in to shut down the Pacific Gas and Electric power plant that polluted the neighborhood for decades. Since then, I have volunteered many times and many hours in Greenaction's efforts to ensure the proper and prompt cleanup of toxic and radioactive waste at the Shipyard. Unfortunately, the Navy has botched the cleanup, allowing its contractor to commit fraud and wasting about a decade of work. The fraud has indefinitely delayed the time when I no longer have to worry about the health risks of living near a Superfund site.

15. I rely on Greenaction to represent my recreational, aesthetic, educational, psychological, and conservational interests before agencies, the courts, and particularly in this action seeking to require that the Navy do a proper and prompt cleanup. I have participated in Greenaction's activities, including lobbying, testifying at public meetings,

neighborhood gatherings, and organizing residents. I have also contributed money and more than ten hours of volunteer time to Greenaction's efforts. I will continue to do so until the Navy and EPA complete a proper cleanup.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 30th day of July 2025, in San Francisco, California.

_____
MISHWA LEE